EDDY HSU (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK STREET, SUITE 350
SAN MATEO, CALIFORNIA 94403
(650) 577-5950
(650) 240-0123 FAX

Attorney for Debtor(s),

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

Thai Ming Chiu,

     Debtor(s).

Case No.: 22-30405 HLB

Chapter: 13

**NOTICE AND OPPORTUNITY TO OBJECT**

    Debtor(s) in the above –entitled bankruptcy matter have filed a Chapter 13 Plan on **8/22/2022**.

NOTICE IS HEREBY GIVEN, (1) that Local Rule 3015-1(b)(1) & (2) of this U.S. Bankruptcy Court for the Northern District of California prescribes that procedures to be followed and that any objection to confirmation on the matter must be filed and served upon the debtor, the debtor's counsel and the trustee within 28 days of the mailing of the notice; (ii) That an objection must state the basis for the objection.

Dated: 8/22/2022                                         /s/Eddy Hsu
                                                                                        Eddy Hsu, Esq.
                                                                                        Attorney for Debtor(s)