UNITED STATES BANKRUPTCY COURT

Northern District of California

| | |
|---|---|
| In re<br>**Thai Ming Chiu**<br><br><br><br>Debtor. | BK Case No.: **22-30405**<br><br>Chapter **13**<br><br>**INITIAL APPLICATION FOR COMPENSATION** |

Applicant **Eddy Hsu** ("Applicant") hereby submits this *Initial Application for Compensation* (the "Application") and requests approval of attorney's fees in the amount of $**6,000.00** pursuant to the *Guidelines for Payment of Attorney's Fees in Chapter 1*3 *Case* in the above-captioned matter.

Applicant filed the *Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys*, which was executed by both Applicant and Debtor. See Dkt. No. .

Prior to filing this case, Applicant was paid $**2,875.00**, and Applicant requests that additional fees of $**3,125.00** be paid through Debtor's Chapter 13 Plan pursuant to Section 3.05, upon approval by this Court.

In addition to the base fee of $4,500, Applicant requests approval of the following fees:

- ☐   $2,500    Operating business
- ☑   $1,500    Real property with secured claim(s) (first parcel)
- ☐     $800    Additional real property with secured claim(s) greater than $10,000
- ☐     $800    Tax claims

INITIAL APPLICATION FOR COMPENSATION     EFFECTIVE FOR CASES FILED ON OR AFTER JANUARY 1, 2019

Case: 22-30405    Doc# 15    Filed: 08/24/22    Entered: 08/24/22 10:56:35    Page 1 of 2

| | | | |
|---|---|---|---|
| 1 | ☐ | $300 | More than 25 creditors |
| 2 | ☐ | $800 | Vehicle loans or leases |
| 3 | ☐ | $800 | Domestic support arrears |
| 4 | ☐ | $800 | Motion to extend or impose automatic stay |
| 5 | ☐ | $1,500 | Motion to avoid judicial lien on real property (11 U.S.C. §522(f)) |
| 6 | ☐ | $1,500 | Motion or Adversary Proceeding to value and/or avoid lien on real property, including obtaining final order (11 U.S.C. § 506) |
| 7-8 | ☐ | $500 | Motion or Adversary Proceeding to value and/or avoid lien on real property, including obtaining final order (11 U.S.C. § 506) [**additional lien on same property**] |
| 9-10 | ☐ | $1,100 | Motion to sell, refinance, convey title, purchase real property |
| 11 | ☐ | $2,600 | Entry into and completion of the Mortgage Modification Mediation Program [$2,500 fees + $100 costs] |

Applicant hereby attests under penalty of perjury that the fees requested are reasonable and necessary to representation of the interests of the debtor in connection with the bankruptcy case, and the fees requested comply with the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases and with the Rights and Responsibilities of Chapter 13 Debtors and their Attorneys

WHEREFORE, Applicant requests that the Court enter an order approving the Application and for such other and further relief as the Court deems just and proper.

Dated: **August 24, 2022**  Respectfully Submitted,

By: **/s/ Eddy Hsu**
  **Eddy Hsu**