Duy Thai/CSB #157345
One Sansome Street, Suite 3500
San Francisco, CA 94104
Tel: 415 296-9927
Fax: 415 230-5779

Attorneys for Judgment Creditor CHARLES LI

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| In re<br><br>THAI MING CHIU,<br><br>Creditor. | CASE NO.: 22-30405<br><br>Chapter 13<br><br>**REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS** |

TO: THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE; DEBTOR; DEBTOR'S COUNSEL; AND ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN that Duy Thai, Esq., attorneys for Judgment Creditor CHARLES LI, requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under the provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, including without limitation 11 U.S.C. § 1109(b) and Rule 2002, 2002(g), 3017, 4001, 7004(h), and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees, and parties-in-interest, and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced Bankruptcy Court.

Mr. Thai requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Duy Thai - duy@duythai.com
One Sansome Street, Suite 3500
San Francisco, CA 94104
Fax: 415 230-5779

This Request for Special Notice or any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion, nor any other writing or conduct shall not constitute a waiver of the within party's:

1. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

2. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

3. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

4. Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

All of the above-rights are expressly reserved and preserved by this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

DATED: August 26, 2022

By: /s/ Duy Thai
Duy Thai
Attorneys for Judgment Creditor CHARLES LI