DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

THAI MING CHIU
768 38TH AVE
SAN FRANCISCO, CA 94121

Debtor(s)

Chapter 13
Case No:  22-30405 HLB
Date:       January 18, 2023
Time:      11:10 AM
Ctrm:      TELEPHONE / VIDEO

## MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD, TO DISMISS CASE PRIOR TO CONFIRMATION

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR(S)' ATTORNEY OF RECORD HEREIN:

The Chapter 13 Trustee, DAVID BURCHARD, moves the Court for an order, dismissing this case for cause(s) for the reasons set forth below.

1.  This Court has jurisdiction over this matter pursuant to Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013-1 and 9014-1.  This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2.  This Motion is based upon all documents and records on file, together with this Motion, Declaration and any such additional documents, records and evidence which may be presented.

3. Debtor(s) filed for bankruptcy under Chapter 13 on 08/10/2022.

4. This motion for dismissal is made for cause pursuant to:

11 U.S.C. § 1307(c)(1) as there is unreasonable delay that is prejudicial to creditors.

5. The cause to dismiss this case exists as it is in the best interests of creditors and the bankruptcy estate.  The Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 13 case, you or your attorney must file a timely opposition to this motion no later than fourteen (14) days before the hearing set forth in the accompanying Notice of Motion.   You or your attorney must also appear at the hearing date listed in the notice and present argument in opposition to this motion.

DATED:    December 15, 2022                              DAVID BURCHARD
                                                                                 DAVID BURCHARD, Chapter 13 Trustee

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

THAI MING CHIU
768 38TH AVE
SAN FRANCISCO, CA 94121

Debtor(s)

Chapter 13
Case No: 22-30405 HLB
Date: January 18, 2023
Time: 11:10 AM
Ctrm: TELEPHONE / VIDEO

## DECLARATION IN SUPPORT OF CHAPTER 13 TRUSTEE, DAVID BURCHARD'S, MOTION TO DISMISS CASE PRIOR TO CONFIRMATION

I am the custodian and/or keeper of the business records referenced herein and, as such, I am qualified to certify the authenticity thereof. Additionally, I have personal knowledge of the matters stated in the Declaration. If called upon as a witness, I could and would competently testify to the facts contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1. Debtor(s) filed the instant bankruptcy petition on 08/10/2022. There is unreasonable delay towards plan confirmation that is prejudicial to creditors.

2. As of the date hereof, the following fact(s) exists as cause for dismissal:

|   | |
|---|---|
| _____ | Failure to make required payments to the Trustee. $ _____ is in default under Ch. 13 Plan. |
| _____ | Failure to attend Section 341 Meeting of Creditors scheduled on |
| X | Failure to respond to Trustee's requests – see attachment "A". |

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on December 15, 2022 in Foster City, California.

Dated: December 15, 2022

DAVID BURCHARD
DAVID BURCHARD, Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation, the Declaration in Support of Chapter 13 Trustee, David Burchard's Motion to Dismiss Case Prior to Confirmation** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

THAI MING CHIU
768 38TH AVE
SAN FRANCISCO, CA 94121


The following recipients have been served via Court's Notice of Electronic Filing:

EDDY HSU
eddyhsu@ehlawgroup.com


Dated: December 15, 2022                ROSA GARCIA
                                        ROSA GARCIA

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   THAI MING CHIU
   768 38TH AVE
   SAN FRANCISCO, CA 94121

Case No.: 22-30405 HLB
Chapter 13

**ATTACHMENT "A"**

Debtor(s)

The Trustee made the following requests <u>at least 30 days</u> prior to the filing date of the instant motion :

1. Trustee is in receipt of an objection to confirmation of plan by creditor, Tony Fu, filed on September 28, 2022. Trustee requested that said objection to confirmation of plan be resolved prior to confirmation. The debtor has failed to resolve said objection.

2. Trustee is in receipt of an objection to confirmation of plan by creditor, Bryant Fu and Crystal Lei, filed on September 28, 2022. Trustee requested that said objection to confirmation of plan be resolved prior to confirmation. The debtor has failed to resolve said objection.

3. Trustee is in receipt of an objection to confirmation of plan by creditor, Charles Li, filed on September 29, 2022. Trustee requested that said objection to confirmation of plan be resolved prior to confirmation. The debtor has failed to resolve said objection.

4. The debtor has checked the second box in Section 1.01(b) of the plan but has failed to include any debts in Section 3.08, Class 2(C). Trustee requested an amended plan to resolve this discrepancy. The debtor has failed filed to file an amended plan.

5. Pursuant to Section 7, Nonstandard Provisions, "[e]ach such provision shall be identified by a section number beginning with section 7.01 and indicate which section(s) of the form plan are modified by it." The debtor has filed an additional provision which fails to identify which section of the form plan is being modified. Trustee requested an amended plan. The debtor has failed to file an amended plan.

6. The debtor has taken a homestead exemption of over $189,050.00. Trustee requested the debtor complete and file a Declaration of Debtor Regarding Homestead. The debtor has failed to file the requested declaration.

7. The information provided in question 5 of the Statement of Financial Affairs is incomplete. Trustee requested an amended Statement of Financial Affairs which provides complete answers to this question. The debtor has failed to file an amended Statement of Financial Affairs.