Duy Thai, SBN 157345
One Sansome Street, Suite 3500
San Francisco, California 94104
Tel: 415 296-9927
Fax: 415 230-5779

Attorney for Movant
Charles Li

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE THAI MING CHIU<br> aka SIMON CHIU<br> aka SIMON THAI MING CHIU<br><br>          Debtor. | Case No.: 22-30405-HLB<br><br>Chapter 13<br><br>R.S. No.: DQT-001<br><br>NOTICE OF CHARLES LI'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF HEARING<br><br>Date: February 2, 2022<br>Time: 1:00 p.m.<br>Judge: Hon. Hannah L. Blumenstiel<br>Place: 450 Golden Gate Avenue<br>    San Francisco, CA 94102<br>Courtroom: 19 |

TO: DEBTOR, ATTORNEY FOR DEBTOR, TRUSTEE, AND ALL INTERESTED PARTIES

    NOTICE IS HEREBY GIVEN that a Motion for Relief from Automatic Stay ("Motion") pursuant to 11 U.S.C. 362(d)(4) was filed herein by Secured Creditor CHARLES LI ("Li"). A copy of the Motion was filed with the Clerk of the United States Bankruptcy Court for the Northern District of California – San Francisco Division.

1
NOTICE OF HEARING ON CHARLES LI'S MOTION FOR RELIEF FROM AUTOMATIC STAY
(*In Re Thai Ming Chiu*, No. 22-30405-HLB)

Copies of the Notice, Motion, and all supporting documents were served by ECF Notification on December 16, 2022.

NOTICE IS HEREBY GIVEN that on the above date and time, in the Court located at 450 Golden Gate Avenue, San Francisco, California 94102, Li will move this Court for an order granting relief from the automatic stay on the grounds set forth in the concurrently filed Motion.

Please take notice that unless the Debtor or Debtor's Counsel, or Trustee appears in opposition to the Motion, the Motion may be granted without further hearing.

DATED: December 16, 2022

BY: _____/s / Duy Thai_____
Duy Thai
*Attorney for Secured Creditor*
CHARLES LI

# CERTIFICATE OF SERVICE

I declare that I am employed in the City and County of San Francisco, California. My address is One Sansome Street, Suite 3500, San Francisco, California 94104. I am over the age of eighteen years and am not a party to the within-entitled cause of action or proceeding.

Today, I served the attached documents:

NOTICE OF CHARLES LI'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF HEARING

and by electronic means to persons confirmed to be registered participants in the Electronic Filing System and that such persons are, in fact, receiving the Court's Notice of Electronic Filing in this subject case. I caused an electronic copy of the above to be electronically filed and served to:

| | |
|---|---|
| Eddy Hsu (attorney for debtor) | David Burchard |
| Law Office of Eddy Hsu | P.O. Box 8059 |
| 1900 S. Norfolk St. #350 | Foster City, CA 94404 |
| San Mateo, CA 94403 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in San Francisco, California on December 16, 2022.

                                                          /s/ Duy Thai
                                                          Duy Thai