```
EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
Attorneys for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Case No. 22-30405 |
|---|---|
| | Chapter 13 |
| **Thai Ming Chiu**, | **OBJECTION TO CLAIM #2; MEMORANDUM OF POINTS AND AUTHORITIES** |
| Debtor(s). | |
| | Claimant: Tony Fu |

The Debtor(s) object(s) to the allowance of the claim described as:

NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim)   DOLLAR AMT   DATE FILED
\* Tony Fu                                                      $2,000,000.00   9/26/2022
\* 5813 Geary Blvd, PMB 188
\* San Francisco, CA 94121

The basis for the objection is that the claim:

_X_   Creditor's lawsuit was dismissed by State Court and/or the Statute of Limitations has passed on this clam.  Please see Debtor's Declaration in Support

The Objecting Party will ask the Court to enter an Order providing that the claim is:

_X_   Creditor's claim #2 be disallowed in its entirety and with prejudice.


Dated: December 18, 2022             _____/s/ Eddy Hsu_____
                                     Eddy Hsu, Esq,
                                     Attorney for Debtor

# MEMORANDUM OF POINTS AND AUTHORITIES

**Relevant facts**

1. Debtor filed for bankruptcy on August 10, 2022.

2. Creditor Tony Fu filed Proof Claim 2 for $2,000,000.00 on September 26, 2022. (Exhibit A). In the proof of claim, Creditor Tony Fu lists his lawsuit CGC-16-553702 as the basis for his claim against the Debtor. In the same lawsuit, Creditor Tony Fu listed Kaman Liu as a defendant.

3. On October 18, 2022, the Superior Court of California - San Francisco issued an Order Granting Defendant Kaman Liu's Motion for Mandatory Dismissal of Plaintiff's action. (Exhibit B). The Order states that Creditor Tony Fu's action was dismissed for failing to bring the action to trial after 5 years. (*See CCP 583.310*)

4. On November 30, 2022, the same San Francisco court denied Tony Fu's Motion for Reconsideration regarding the prior dismissal order. (Exhibit C) In the denial, the Court stated that Tony Fu failed to bring up arguments or facts already available to him at the prior motion and, even if Tony Fu did bring up his omitted arguments, Tony Fu still would have lost.

5. Aside from this lawsuit, Debtor and Creditor Tony Fu have no connections such as a contract, business relationship or personal relationship.

**DEBTOR'S OBJECTION TO PROOF OF CLAIM SHOULD BE GRANTED BECAUSE THE UNDERLYING ACTION HAS BEEN MANDATORILY DISMISSED.**

6. 11 USC 502 (a) allows a Debtor to object to a claim.

Debtor cannot legally owe Tony Fu any money because Tony Fu's lawsuit was dismissed. Any new lawsuit will violate the statute of limitations on any alleged fraud. Without a valid cause of action, Creditor Tony Fu has no supportable claim that Debtor owes him a debt and the

objection to claim should be granted. Since Tony Fu has already lost twice in his state lawsuit, there is no hope that his claims against Debtor still exist.

In the Order granting dismissal, the state court notes that CCP 583.310 and CCP 583.360 requires a mandatory dismissal of an action if not brought to trial within 5 years. Creditor Tony Fu's action was filed in 2016 and the 5 year timeframe expired at the end of 2021. Therefore, Creditor Tony Fu's action was properly dismissed and no other lawsuit remains against Debtor.

Additionally, Creditor Tony Fu and Debtor have no relationship such a contract, business relationship or personal relationship that could create a debt. In other words, Debtor does not know Creditor Tony Fu, has not ever interacted with Creditor Tony Fu, nor do they have any minimum contacts to create a cause of action for debt collection.

In summary, without an underlying debt, Debtor's objection to claim should be sustained and the claim disallowed in its entirety.

Debtor prays that the claim be disallowed in its entirely as lacking a basis for debt owed without leave to amend.

Dated: December 16, 2022            _____/s/ Eddy Hsu_____
                                    Eddy Hsu, Esq,
                                    Attorney for Debtor