```
EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
Attorneys for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

**Thai Ming Chiu**,

Debtor(s).

Case No. 22-30405

Chapter 13

**RESPONSE TO OBJECTION TO PLAN BY TONY FU**

Claimant: Tony Fu

**Relevant facts**

1. Debtor filed for bankruptcy on August 10, 2022.

2. Creditor Tony Fu filed Proof Claim 2 for $2,000,000.00 on September 26, 2022. In the proof of claim, Creditor Tony Fu lists his lawsuit CGC-16-553702 as the basis for his claim against the Debtor. In the same lawsuit, Creditor Tony Fu listed Kaman Liu as a defendant.

3. On October 18, 2022, the Superior Court of California - San Francisco issued an Order Granting Defendant Kaman Liu's Motion for Mandatory Dismissal of Plaintiff's action. (Exhibit A). The Order states that Creditor Tony Fu's action was dismissed for failing to bring the action to trial after 5 years. (See CCP 583.310)

4. On November 30, 2022, the same San Francisco court denied Tony Fu's Motion for Reconsideration regarding the prior dismissal order. (Exhibit B) In the denial, the Court stated that Tony Fu failed to bring up arguments or facts already available to him at the prior motion and, even if Tony Fu did bring up his omitted arguments, Tony Fu still would have lost.

5. Aside from this lawsuit, Debtor and Creditor Tony Fu have no connections such as a contract, business relationship or personal relationship.

**TONY FU DOES NOT HAVE AN ALLOWED CLAIM AND, BY CODE, IS NOT ALLOWED TO OBJECT TO DEBTOR'S PLAN.**

6. 11 USC 1325(b)(1) only allows an objection to plan by creditors with allowed claims.

Debtor has filed an Objection to Claim #2 (filed by Creditor Tony Fu) to disallow the claim in its entirety without leave to amend. Once granted then Creditor Tony Fu will not have a valid claim in Debtor's bankruptcy. Without a valid claim, Creditor Tony Fu has no legal basis to object to Debtor's plan. Without a legal basis to object, the objection should be overruled.

Debtor prays that the be overruled as failing to meet the requirements of 13 USC 1325(b)(1) and that Debtor's plan be confirmed.

Dated: December 16, 2022 \_\_\_\_\_*/s/ Eddy Hsu*_____
Eddy Hsu, Esq,
Attorney for Debtor