# EXHIBIT A

Fill in this information to identify the case:

Debtor 1: THAI MING CHIU

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of California

Case number: 22-30405



FILED
SEP 19 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Bryant Fu & Crystal Lei
   Name of the current creditor (the person or entity to be paid for this claim)
   
   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☑ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)
   
   Where should notices to the creditor be sent?
   
   Bryant Fu & Crystal Lei
   Name
   
   337 28th Avenue
   Number    Street
   
   San Francisco    CA    94121
   City    State    ZIP Code
   
   Contact phone (415) 221-0969
   
   Contact email bfu.law1@gmail.com
   
   Where should payments to the creditor be sent? (if different)
   
   (same)
   Name
   
   _____
   Number    Street
   
   _____
   City    State    ZIP Code
   
   Contact phone _____
   
   Contact email _____
   
   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   
   __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

4. **Does this claim amend one already filed?**
   ☑ No
   ☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
                                                                    MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☑ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410                    Proof of Claim                    page 1

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __6__ __7__ __6__ __9__

**7. How much is the claim?** $ _____1,513,501.79__. Does this amount include interest or other charges?

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

__Lawsuit for Fraudulent Transfers and Conspiracy to Engage in__
__Fraudulent Transfer__

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. Check all that apply: | Amount entitled to priority |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 09/14/2022
MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Bryant Fu |
| | First name | Middle name | Last name |
| Title | Creditor |
| Company | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 337 28th Avenue |
| | Number  Street |
| | San Francisco | CA | 94121 |
| | City | State | ZIP Code |
| Contact phone | (415) 221-0969 | Email | bfu.law1@gmail.com |

Gary M. Kaplan (State Bar No. 155530)
gkaplan@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for PLAINTIFFS

ELECTRONICALLY
**FILED**
Superior Court of California,
County of San Francisco

**04/07/2022**
Clerk of the Court
BY: SANDRA SCHIRO
Deputy Clerk

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

| | |
|---|---|
| BRYANT FU and CRYSTAL LEI, <br><br> Plaintiffs, <br><br> vs. <br><br> TINA YAN, individually and as personal representative of the estate of CHEUK TIN YAN, deceased; THAI MING CHIU ; KAMAN LIU; and DOES 1-20 inclusive, <br><br> Defendants. | Case No.: CGC-17-556769 <br><br> **VERIFIED FIRST AMENDED COMPLAINT FOR:** <br> **(1) FRAUDULENT TRANSFERS; and** <br> **(2) CONSPIRACY TO ENGAGE IN FRAUDULENT TRANSFER** |

## INTRODUCTION

1. For over 16 years, vexatious litigant and disbarred attorney, Demas Wai Yan a/k/a Dennis Yan ("Yan") has been pathologically directing a deluge of frivolous litigation against Plaintiffs for the clear purpose of causing them harm. In doing so, Yan acted on his declared intent to get "revenge" against Plaintiffs for thwarting his illegal schemes, by subjecting plaintiffs to abusive litigation and engaging in sanctionable conduct that drained plaintiffs' time and money. Simultaneously, Yan caused himself to effectively become "judgment-proof" by secreting his

assets through the aid and assistance of defendants, thereby immunizing himself from liability for the harms and damages he caused. As a direct and proximate result of Yan's frivolous litigation, Plaintiffs incurred expenses and losses aggregating more than $1 million.

**PARTIES**

2. Plaintiff Crystal Lei ("Lei") and Bryant Fu ("Fu") (collectively "Plaintiffs") are, and at all relevant times were, individuals residing in California, and over the age of 18 years old.

3. Defendant Thai Ming Chiu a/k/a Simon Chiu ("Chiu"), Kaman Liu ("Liu"), and Tina Yan (collectively, "Defendants") are, and at all relevant times were, individuals residing in California, and over the age of 18 years old.

4. Plaintiffs are ignorant of the true name and capacities of the defendants sued herein as Does 1 through 20, inclusive, and therefore sue these defendants by such fictitious names. Plaintiffs will seek leave of the court to insert the correct names of said defendants when the names have been ascertained. Plaintiffs are informed and believe and thereon allege that each of the defendants named herein as Doe participated and/or is responsible in some manner for the occurrences herein alleged, and that Plaintiffs' losses as herein alleged were proximately caused by such acts of the fictitiously named defendants.

5. Plaintiffs are informed and believe and on that basis allege that at all times relevant to the acts complained of herein, defendants, including the Doe Defendants, were or are the agents, servants, employees, alter egos and/or representatives of the other defendants, and each of them, acted in concert and conspired with and/or aided and abetted each other to do the acts complained of herein and that Plaintiffs' damages are proximately caused thereby and that each defendant is responsible in some manner for the occurrences alleged herein in this First Amended Complaint.

6. Plaintiffs are further informed and believe and on that basis allege that each of the acts of the aforementioned defendants complained of herein was within the course and scope of the aforementioned agency and/or employment, and was made at the advice, order, instruction,

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

direction and control of each of the other defendants, and with the knowledge, consent and/or ratification of defendants, and each of them. Defendants' acts harmed and/or caused harm directly and/or indirectly to Plaintiffs.

**JURISDICTION AND VENUE**

7. This Court has subject matter jurisdiction over all causes of action asserted herein pursuant to the California Constitution. Defendants are subject to the jurisdiction of this Court by having caused injuries through their acts and omissions in the State of California and by their violations of California statutory and common law.

8. Venue is proper in this Court pursuant to California Code of Civil Procedure Section 395 as this is an action to enforce obligations and liabilities which, in substantial part, arose in this county and which were, in substantial part, performed in this county.

**GENERAL ALLEGATIONS**

9. Plaintiffs incorporate the allegations of each and every paragraph above as though fully set forth here.

10. Plaintiffs obtained: a sanctions award against Yan in the amount of $2,500.00 from the United States District Court for the Northern District of California (the "U.S. District Court") on January 15, 2020; an attorneys' fee award against Yan in the amount of $42,687.69 from the San Francisco County Superior Court on October 24, 2019; a judgment for attorneys' fees and emotional distress damages against Yan in the amount of $337,939.56 from the San Francisco County Superior Court on August 14, 2019; a sanctions award against Yan in the amount of $7,968.75 from the U.S. District Court on March 19, 2019; a sanctions award against Yan of $500.00 per day since February 28, 2018 (which amounts to $730,500 as of February 28, 2022 and continues to accrue) from the U.S. District Court on February 18, 2018; a sanctions award against Yan in the amount of $53,910.00 from the San Francisco County Superior Court on June 6, 2016; a sanctions award against Yan in the amount of $35,004.71 from the Ninth Circuit Court of Appeals on June 14, 2014; and several costs awards. These various awards, judgments

and sanctions are collectively referred hereafter as the "Judgments." Including accrued interest thereon, Yan currently owes more than $1,000,000.00 on the Judgments.

11. The Judgments reflects Yan's malicious and vexatious conduct enabled by defendants' actions.

12. On or about November 15, 2013: Yan transferred his ownership of the real property commonly known as 547 23rd Avenue, San Francisco, California to 547 23rd Avenue, LLC, and Yan transferred his membership interest in 547 23rd Avenue, LLC (collectively, the "Property") to Defendants (collectively, the "November 2013 Transfers").

## FIRST CAUSE OF ACTION
### (Damages for Fraudulent Transfers)

13. Plaintiffs incorporate the allegations of each and every paragraph above as though fully set forth here.

14. Plaintiffs have a right to payment from Yan pursuant to the Judgments.

15. Yan transferred the Property to Defendants pursuant to the November 2013 Transfers.

16. Plaintiffs were creditors of Yan at the time of the November 2013 Transfers.

17. The November 2013 Transfers were made for less than reasonably equivalent value.

18. The November 2013 Transfers were made with the intent to hinder, delay, and defraud existing and future creditors of Yan, including Plaintiffs.

19. The November 2013 Transfers were made while Yan was either insolvent or rendered him insolvent.

20. Plaintiffs were harmed as a result of the November 2013 Transfers.

21. The conduct of Yan and the Defendants was a substantial factor in causing Plaintiffs harm pursuant to the November 2013 Transfers.

## SECOND CAUSE OF ACTION
### (Conspiracy to Engage in Fraudulent Transfer)

22. Plaintiffs incorporate the allegations of each and every paragraph above as though fully set forth here.

4

VERIFIED COMPLAINT FOR FRAUDULENT TRANSFERS AND CONSPIRACY -
Case No. CGC-17-556769

41312\14654597.2

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

23. Defendants were aware that Yan intended to engage in the November 2013 Transfers to hinder, delay, and defraud Yan's creditors (including Plaintiffs).

24. Defendants agreed with Yan to engage in the November 2013 Transfers to hinder, delay, and defraud Yan's creditors (including Plaintiffs).

25. Defendants acted in concert and conspired with Yan in engaging in the November 2013 Transfers to hinder, delay, and defraud Yan's creditors (including Plaintiffs).

26. Plaintiffs were harmed by Defendants' conspiracy with Yan to engage in the November 2013 Transfers to hinder, delay, and defraud Yan's creditors (including Plaintiffs).

27. By reason of Defendants' conspiracy with Yan to hinder, delay, and defraud Yan's creditors (including Plaintiffs) pursuant to the November 2013 Transfers, Plaintiffs have been damaged by at least the amount of the Judgments which they otherwise would have been able to collect from Yan.

28. Defendants are jointly and severally liable for the damages resulting from such conspiracy.

29. Defendants engaged in the aforementioned conduct with malice, oppression and/or fraud, which warrants an award of punitive damages in an amount to be determined.

30. Defendants acted with malice as their aforementioned conduct was engaged in with the intent to cause injury to Plaintiffs and/or such conduct was despicable and done with a willful and knowing disregard of Plaintiffs' rights.

31. Defendants acted with oppression as their aforementioned conduct was despicable and subjected Plaintiffs to cruel and unjust hardship in knowing disregard of Plaintiffs' rights.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for entry of judgment against Defendants including the following relief:

    1.    For avoidance and recovery of the November 2013 Transfers.

    2.    For damages against Defendants, jointly and severally, in the amount of the lesser of (i) the value of the Property, or (ii) the amount necessary to satisfy the Judgments, plus the

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

costs of enforcing the Judgment recoverable pursuant to California Civil Code Section 685.040 *et seq.* (in an amount to be determined), plus interest accruing on the Judgments.

3. For punitive damages against Defendants, jointly and severally, in an amount to be determined.

4. For an award of prejudgment interest at the maximum legal rate.

5. For an award of postjudgment interest at the maximum legal rate.

6. For attorneys' fees.

7. For costs of suit

8. For an injunction prohibiting any further disposition of the Property, the proceeds thereof, or other assets of Defendants.

9. For such other and further relief as this Court may deem just and proper.

Dated: April 6, 2022

FARELLA BRAUN + MARTEL LLP

By: /s/ Gary M. Kaplan

Attorneys for PLAINTIFFS

## VERIFICATION

We Bryant Fu and Crystal Lei, are the plaintiffs in this matter. We have read the foregoing complaint, and know the contents thereof to be true and correct to the best of our personal knowledge, except as to those matters stated therein upon information and belief, in which case we believe them to be true.

Dated: April 6, 2022

_____
Crystal Lei

_____
Bryant Fu

# PROOF OF SERVICE

*Bryant Fu and Crystal Lei v. Tina Yan, et al.*
Case No. CGC-17-556769

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 235 Montgomery Street, 17th Floor, San Francisco, CA 94104.

On April 7, 2022, I served true copies of the following document(s) described as **Verified First Amended Complaint For: (1) Fraudulent Transfers; and (2) Conspiracy To Engage In Fraudulent Transfer** on the interested parties in this action as follows:

☒ **BY ELECTRONIC SERVICE:** I electronically served the document(s) described above via File & ServeXpress, on the recipients designated on the Transaction Receipt located on the File & ServeXpress website (https://secure.fileandservexpress.com) and listed below pursuant to the Court Order establishing the case website and authorizing service of documents.

| | |
|---|---|
| *Attorney for Stella Chen:* | *Attorney for Thai Ming Chiu, Kaman Liu and Tina Yan:* |
| Charlie W. Yu | |
| The Essential Law Group, PC | Mark Lapham |
| | *Attorney for Thai Ming Chiu and Kaman Liu:* |
| | Demas Yan |

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I Further caused a copy of the document(s) to be sent from e-mail address abrown@fbm.com to the persons at the e-mail addresses listed below: I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| *Attorney for Tina Yan, Thai Ming Chiu, Kaman Liu, and Legal Recovery, LLC:* | Ting Cham Poon<br>331A 28th Avenue<br>San Francisco, CA 94121 |
| William Leeds Disston<br>409 13th Street, Fl 9<br>Oakland, CA 94612<br>E-Mail: casdiss@yahoo.com | E-Mail: peterpoon.sf@gmail.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 7, 2022, at San Francisco, California.

*/s/ Alison Brown*
Alison Brown

41312\14728176.1

# PRIORITY MAIL EXPRESS™

OUR FASTEST SERVICE IN THE U.S.



RECEIVED
SEP 19 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

EP13F July 2013 OD: 12.5 x 9.5
PS 10001000006

EMS

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

← PEEL FROM THIS CORNER

## UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( 213 ) 250-1800

Amy L Goldman
Elkins Kalsbois
633 W 5th St. #4000
Los Angeles, CA 90071

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED

TO: (PLEASE PRINT) PHONE ( 415 ) 268-2500

United States Bankruptcy Court
Northern District of California
450 Golden Gate Ave
Mail Box 36099
San Francisco, CA
94102

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

| ORIGIN (POSTAL SERVICE USE ONLY) | | |
|---|---|---|
| PAYMENT BY ACCOUNT (if applicable) | Federal Agency Acct. No. or Postal Service™ Acct. No. | |
| USPS® Corporate Acct. No. | | |
| ☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO | | |
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $ |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 12 NOON ☐ 3:00 PM | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ |
| Weight ___ lbs. ___ ozs. | ☐ Flat Rate | Acceptance Employee Initials |

| DELIVERY (POSTAL SERVICE USE ONLY) | | |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MARCH 2019  PSN 7690-02-000-9996

EJ 604 567 169 US





This envelope is made from post-consumer waste. Please recycle - again.