EDDY HSU (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
(650) 240-0123 FAX
Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

**Thai Ming Chiu**,

        Debtor(s).

Case No. 22-30405

Chapter 13

**DECLARATION IN SUPPORT OF OBJECTION TO CLAIM 1**

I, Thai Ming Chiu, debtor in the above case declare as follows in support of my objection to claim 1 by Bryant Fu and Crystal Lei (herein "**Fu and Lei**"):

    I object to **Fu and Lei**'s claim that I owe them $1,513,501.79 because I do not owe them any money. There are no judgments against me personally. We do not have a contract nor do we have any personal relationships that would have created such a liability.

### I DID NOT RECEIVED ANY ASSETS FROM DENNIS YAN IN 2013.

    The only connection Fu and Lei have alleged is that my brother in law, Dennis Yang, transferred his real property to **547 23rd Avenue** in November 2013. However, the State Court made that transfer void in court case CGC-14-565831 on December 1, 2021. A void transfer means that the transfer never happened. Without a transfer, there can be no fraudulent transfer.

    Therefore, I did not receive anything from Dennis Yan in 2013.

### FU AND LEI ALREADY SUED 547 INVESTMENTS LLC IN 2014.

    Fu and Lei named **547 Investments LLC** in their lawsuit CGC-14-541875 and, in the lawsuit, they were awarded damages. Since 547 Investments LLC was already held liable for

DECLARATION

Dennis Yan's debts, there could not have been a fraudulent transfer of 547 Investments LLC that hinder or delayed **Fu and Lei** ability to collect.

Specifically, if Fu and Lie can collect against 547 Investments LLC just as easily as it can against Dennis Yan. Without any hinderance or delay, there is no fraudulent transfer.

**FU AND LEI WERE NOT HARMED BY THE TRANSFER.**

Fu and Lei cannot show that they were harmed by the 2013 transfer to **547 Investments LLC** because most of the awards and sanctions came after the Fu and Lei's 2017 lawsuit listed in the proof of claim. Specifically, Fu and Lei already knew of the transfer and did nothing to recover against **547 Investments LLC**. Instead, Fu and Lei continued to pursue Dennis Yan directly.

**CREDITOR FU AND LEI "DEBTS" ARE SPREAD TO MULTIPLE PARTIES.**

Creditors **Fu and Lei's** proof of claim lists 4 defendants as liable for Dennis Yan's debts. I do not believe this bankruptcy court can find that I owe **Fu and Lei** money without finding that the other three owe money as well. Since the other three defendants are not part of this bankruptcy, I believe the matter should be sent to State court to allow the lawsuit to be resolved.

In summary:
A. I believe the claim should be set to $0.00 because I believe **Fu and Lei** failed to show a transfer in 2013 of an asset with value, failed to show that Dennis Yan was insolvent at the time of transfer, or that Fu and Lei were harmed by the transfer.
B. If the Court were to consider the claim as potentially valid, then the matter should be sent back to State court so that any liability can be appropriately apportioned to all the defendants named.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 12/18/2022              /s/ *Thai Ming Chiu*
                               Thai Ming Chiu
                               Debtor

DECLARATION