EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, STE 350
SAN MATEO, CA 94403
(650) 577-5950
Attorney for Debtor Thai Ming Chiu

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

**Thai Ming Chiu**,

        Debtor(s).

Case No. 22-30405 HLB

Chapter 13

NOTICE OF HEARING ON OBJECTION TO CLAIM #1; CERTIFICATE OF SERVICE

Date: January 18, 2023
Time: 11:10 AM
Via telephone of via conference
Hon. Hannah L. Blumenstiel

## **NOTICE OF HEARING ON OBJECTION TO CLAIM**

**TO: BRYANT FU and CRYSTAL LEI:**

    **Please take notice** that a hearing will be held on January 18, 2023 at 11:10AM before Honorable Hannah L. Blumenstiel, United State Bankruptcy Judge, and on the Objection to Claim #1 in connection with debt owed to **Bryant Fu and Crystal Lei** listed in the above captioned Chapter 13 case.

    Applicant seeks to set the claim to $0.00 or send the matter to State court. A full copy of all pages submitted in support of the objection may be obtained by contacting the Debtor's Attorney using the contact information in the caption at the top left corner of the first page.

    **Please take further notice**, that, the hearing will be not be conducted in Judge Blumenstiel's courtroom, but will instead be conducted via telephone or video. All interested parties should consult the Bankruptcy Court's website at www.cab.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

NOTICE OF HEARING;CERTIFICATE OF SERVICE

**Please take further notice** that this Objection is brought pursuant to Rule 9014 and Local Rule 9014-1 and 3007(a)(2). Any opposition, if you choose to make one, may be filed or you appear at the hearing noticed above. Failure to make an opposition or failure to make an appearance may result in the Motion being granted.

**At such hearing,** Counsel EDDY HSU, ESQ. will move for an order

A. An order setting Proof of Claim #1 to $0.00 or send the matter to State court.

B. For attorney fees and costs of suit incurred herein, if appropriate;

C. And for such relief as this Court deems appropriate.

PLEASE TAKE NOTICE THAT IF NEITHER THE CREDITOR NOR CREDITOR'S ATTORNEY APPEAR AT THE HEARING ON THIS OBJECTION, THE COURT MAY GRANT DEBTOR'S PRAYER AND AMENDED CLAIM #1 WITHOUT FURTHER HEARING BEFORE THIS COURT.

Date: December 19, 2022      /s/Eddy Hsu_____
                              Eddy Hsu
                              Attorney for Thai Ming Chiu

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of San Mateo. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 S Norfolk St, Ste 350, San Mateo, CA 94403.

On today's date, I served the following documents:

1. OBJECTION TO CLAIM #1; MEMORANDUM OF POINTS AND AUTHORITIES
2. EXHIBIT A-B
3. DECLARATION IN SUPPORT
4. NOTICE OF HEARING; CERTIFICATE OF SERVICE

by placing a true copy thereof in the mail to:

**BRYANT FU and CRYSTAL LEI**
**337 28th Avenue**
**San Francisco, CA 94121**

If the US Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document. **ECF participants notified electronically.**

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 19, 2022 at San Mateo, California.

    __/s/ Eddy Hsu_____
    Eddy Hsu