EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

**Thai Ming Chiu**,

Debtor(s).

Case No. 22-30405

Chapter 13

**RESPONSE TO OBJECTION TO PLAN BY BRYANT FU AND CRYSTAL LEI**

Claimant: Bryant Fu and Crystal Lei

**Relevant facts**

1. Debtor filed for bankruptcy on August 10, 2022.

2. Creditors Bryant Fu and Crystal Lei (herein "**Fu and Lei**") filed Proof Claim 1 for $1,513,501.79 on September 19, 2022. In the proof of claim, Fu and Lei lists unliquidated lawsuit CGC-17-556769 as the basis for his claim against the Debtor. (Herein "**Lawsuit**")

3. On September 28, 2022, Fu and Lei filed an objection to plan. (docket item 19, herein "**Objection to Plan**")

4. Aside from this lawsuit, Debtor and Creditors Fu and Lei have no connections such as a contract, business relationship or personal relationship.

**THE ISSUE OF IMPROPER NOTICE IS MOOT.**

5. Fu and Lei's initial objection on notice is moot because Fu and Lei filed both a timely proof of claim and timely objection to plan. Specifically, Fu and Lei fail to demonstrate how they were negatively prejudiced by any defective notice.

**THE ISSUE OF LIQUIDATION VALUE IS PREMATURE BECAUSE OF PENDING OBJECTION TO CLAIM.**

6. Debtor has objected to the claim filed by Fu and Lei both to the validity and the amount. Until that objection resolved, it is premature to find whether Debtor's plan fails to pay the same as a liquidation situation as required by code.

7. Fu and Lei are not prejudiced because their claim is unliquidated.

Debtor prays that the Objection to Plan be overruled or continued pending resolution of the objection to claim so that Debtor can propose a proper plan.

Dated: December 16, 2022 _____*/s/ Eddy Hsu*_____

Eddy Hsu, Esq,
Attorney for Debtor