

Signed and Filed: December 23, 2022

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:  ) Case No. 22-30405 HLB
 )
THAI MING CHIU,  ) Chapter 13
 )
    Debtor.  )
_____)

**ORDER STRIKING DEBTOR'S RESPONSE TO CREDITOR CHARLES LI'S OBJECTION TO CONFIRMATION, STRIKING DEBTOR'S NOTICE OF HEARING, AND VACATING HEARING**

On September 29, 2022, creditor Charles Li filed an Objection[1] to confirmation of the plan proposed by Debtor Thai Ming Chiu.[2] Mr. Li argues that the Plan fails to provide for payment of his claims and that Mr. Chiu filed this case in bad faith.

On December 19, 2022, Mr. Chiu filed a response[3] to the Objection, as well as a notice[4] purporting to set the Objection for hearing on January 18, 2023. The Notice improperly states that an opposition to the Response may be filed, citing to

---

[1] Dkt. 20 (the "Objection").

[2] Dkt. 13 (the "Plan").

[3] Dkt. 34 (the "Response").

[4] Dkt. 35 (the "Notice").

"Local Rule 9014-1 and 3007(a)(2)."[5] Given that Mr. Li objected to confirmation and given Mr. Chiu's Response, briefing is closed and no further pleadings can be filed absent leave of court. The Notice also inexplicably refers to a Motion and states that a failure to appear at the hearing might result in the court granting this non-existent motion. There is no motion relevant to this contested matter in the court's record.

But more important, Mr. Chiu's Response is legally baseless. The Response urges the court to overrule or continue the Objection pending resolution of Mr. Chiu's objection to one of Mr. Li's claims[6] and pending resolution of an adversary proceeding Mr. Chiu has commenced against Mr. Li, which challenges the validity of Mr. Li's lien.[7] This argument offers no legal basis for overruling Mr. Li's Objection. And if what Mr. Chiu wants is for the court to adjudicate his objection to Mr. Li's claim and to adjudicate the Adversary Proceeding before ruling on the Objection, then the court questions why Mr. Chiu noticed the Objection for hearing in the first place.

---

[5] There is no "Local Rule 3007(a)(2)." B.L.R. 3007-1 pertains to objections to claims and is therefore irrelevant to this contested matter.

[6] Mr. Li filed two claims on October 18, 2022: Claim No. 4-1 and 5-1. Mr. Chiu has objected to Claim 5-1.

[7] Chiu v. Li, Adv. Proc. No. 22-3114 (Bankr. N.D. Cal.) (the "Adversary Proceeding").

Accordingly, the court **ORDERS** as follows:

1. The Notice is hereby **ORDERED STRICKEN;**
2. The January 18, 2023 hearing is hereby **VACATED; and**
3. Debtor Thai Ming Chiu's Response is overruled in its entirety. Mr. Li's Objection shall remain pending.

**\*\*END OF ORDER\*\***

**Court Service List**