**Entered on Docket**
**December 23, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: December 23, 2022

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 22-30405 HLB |
| THAI MING CHIU, | ) Chapter 13 |
| Debtor. | ) |

**ORDER STRIKING NOTICE OF HEARING ON DEBTOR'S OBJECTION TO CLAIM #2 FILED BY CREDITOR TONY FU AND VACATING HEARING**

This case is scheduled to come before the court on January 18, 2023 for a hearing on Debtor Thai Ming Chiu's Objection to Claim #2 filed by creditor Tony Fu.[1] Mr. Chiu's Notice of Hearing[2] on the Objection fails to comply with B.L.R. 3007-1 in that it incorrectly represents that any response to the Objection can be presented orally, at the hearing.

B.L.R. 3007-1(c) renders B.L.R. 9014-1(b) and (c) applicable to objections to claims. Given that Mr. Chiu noticed his Objection for an actual hearing, he must have intended to employ the notice requirements of B.L.R. 9014-1(c)(1) or (2), both of which establish deadlines for filing a responsive pleading prior to the hearing on the Objection.

---

[1] Dkt. 28 (the "Objection").

[2] Dkt. 29 (the "Notice").

Paragraph F of the presiding judge's Practices & Procedures required Mr. Chiu's Notice to clearly set forth the deadline for filing a responsive pleading.  The Notice fails to comply with this requirement.

Given the foregoing defects, the court **ORDERS** as follows:

**(1)**	The Notice is hereby **ORDERED STRICKEN;**

**(2)**	The January 18, 2023 hearing is hereby **VACATED; and**

**(3)**	If Mr. Chiu wishes a ruling on his Objection, he shall afford Mr. Fu notice and an opportunity to respond pursuant to B.L.R. 3007-1(c) and B.L.R. 9014-1(b)(3).  Any notices that do not comply with this order or applicable rules will be stricken.

**\*\*END OF ORDER\*\***

## Court Service List

Tony Fu
5813 Geary Blvd. PMB 188
San Francisco, CA 94121