

Signed and Filed: December 23, 2022

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No. 22-30405 HLB
                                          )
THAI MING CHIU,                           ) Chapter 13
                                          )
                    Debtor.               )
_____)

### ORDER STRIKING NOTICE OF HEARING ON DEBTOR'S OBJECTION TO CLAIM #1 FILED BY CREDITORS BRYANT FU AND CRYSTAL LEI AND VACATING HEARING

This case is scheduled to come before the court on January 18, 2023 for a hearing on Debtor Thai Ming Chiu's Objection to Claim #1 filed by creditors Bryant Fu and Crystal Lei.[1]  Mr. Chiu's Notice of Hearing[2] on the Objection fails to comply with B.L.R. 3007-1 in that it incorrectly represents that any response to the Objection can be presented orally, at the hearing.

B.L.R. 3007-1(c) renders B.L.R. 9014-1(b) and (c) applicable to objections to claims.  Given that Mr. Chiu noticed his Objection for an actual hearing, he must have intended to employ the notice requirements of B.L.R. 9014-

_____
[1] Dkt. 36 (the "Objection").

[2] Dkt. 37 (the "Notice").

1(c)(1) or (2), both of which establish deadlines for filing a responsive pleading prior to the hearing on the Objection. Paragraph F of the presiding judge's Practices & Procedures required Mr. Chiu's Notice to clearly set forth the deadline for filing a responsive pleading.  The Notice fails to comply with this requirement.

Given the foregoing defects, the court **ORDERS** as follows:

**(1)**  The Notice is hereby **ORDERED STRICKEN**;

**(2)**  The January 18, 2023 hearing is hereby **VACATED; and**

**(3)**  If Mr. Chiu wishes a ruling on his Objection, he shall afford Mr. Fu and Ms. Lei notice and an opportunity to respond pursuant to B.L.R. 3007-1(c) and B.L.R. 9014-1(b)(3).  Any notices that do not comply with this order or applicable rules will be stricken.

**\*\*END OF ORDER\*\***

## Court Service List

Bryant Fu & Crystal Lei
337 28th Avenue
San Francisco, CA 94121