EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, STE 350
SAN MATEO, CA 94403
(650) 577-5950
Attorney for Debtor Thai Ming Chiu

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

**Thai Ming Chiu**,

          Debtor(s).

Case No. 22-30405 HLB

Chapter 13

NOTICE OF HEARING ON OBJECTION TO CLAIM #2; CERTIFICATE OF SERVICE

Date: February 15, 2023
Time: 11:10 AM
Via telephone of via conference
Hon. Hannah L. Blumenstiel

## **NOTICE OF HEARING ON OBJECTION TO CLAIM**

**TO: TONY FU:**

    **Please take notice** that a hearing will be held on February 15, 2023 at 11:10AM before Honorable Hannah L. Blumenstiel, United State Bankruptcy Judge, and on the Objection to Claim #2 in connection with debt owed to **Tony Fu** listed in the above captioned Chapter 13 case.

    Applicant seeks to disallow the claim in its entirety without leave to amend. A full copy of all pages submitted in support of the objection may be obtained by contacting the Debtor's Attorney using the contact information in the caption at the top left corner of the first page.

    **Please take further notice**, that, the hearing will be not be conducted in Judge Blumenstiel's courtroom, but will instead be conducted via telephone or video. All interested parties should consult the Bankruptcy Court's website at www.cab.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

    **Please take further notice** that this Objection is brought pursuant to Rule 3007-1(c) and related Rule 9014-1(c)(1) which states: "Where the matter is governed by B.L.R. 9014-1(b)(1), or

the initiating party desires a hearing under B.L.R. 9014-1(b)(2), and relief is sought against an identified, named entity, the motion, notice of the hearing, supporting declarations, memoranda, and all other papers shall be filed and served at least [30] days before the actual scheduled hearing date. Any opposition shall be filed and served on the initiating party at least 14 days prior to the actual scheduled hearing date. Any reply shall be filed and served at least 7 days prior to the actual scheduled hearing date. Notwithstanding the foregoing, no responsive pleading to an objection to a claim of exemption shall be required"

**At such hearing,** Counsel EDDY HSU, ESQ. will move for an order

A. An order disallowing Tony Fu's Claim #2 in its entirety without leave to amend.
B. For attorney fees and costs of suit incurred herein, if appropriate;
C. And for such relief as this Court deems appropriate.

PLEASE TAKE NOTICE THAT FAILURE TO FOLLOW THE SET DEADLINES, THE COURT MAY GRANT DEBTOR'S PRAYER AND DISALLOW CLAIM #2 IN ITS ENTIRETY WITHOUT LEAVE TO AMEND WITHOUT FURTHER HEARING BEFORE THIS COURT.

Date: December 28, 2022            /s/Eddy Hsu_____
                                   Eddy Hsu
                                   Attorney for Thai Ming Chiu

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of San Mateo. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 S Norfolk St, Ste 350, San Mateo, CA 94403.

On today's date, I served the following documents:

1. OBJECTION TO CLAIM #2; MEMORANDUM OF POINTS AND AUTHORITIES
2. EXHIBIT A-C
3. DECLARATION IN SUPPORT
4. NOTICE OF HEARING; CERTIFICATE OF SERVICE

by placing a true copy thereof with postage paid for FIRST CLASS mail to:

**TONY FU**
**5813 GEARY BLVD., PMB 188**
**SAN FRANCISCO, CA 94121**

If the US Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document. **ECF participants notified electronically.**

     I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 28, 2022 at San Mateo, California.

                                    _/s/ Eddy Hsu_
                                    Eddy Hsu

NOTICE AND OPPORTUNITY FOR HEARING OF DEBTOR'S MOTION TO SELL REAL PROPERTY AND MOTION TO SHORTEN TIME