Entered on Docket
January 03, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: January 3, 2023



_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 22-30405 HLB |
| THAI MING CHIU, | ) Chapter 13 |
| Debtor. | ) |

**ORDER STRIKING NOTICE OF HEARING
ON DEBTOR'S OBJECTION TO CLAIM NO. 2**

On December 23, 2022, the court issued an order[1] striking a notice of hearing[2] filed by Debtor Thai Ming Chiu as to his Objection to Claim No. 2 filed by creditor Tony Fu.[3]  The Dec. 23 Order expressly required Debtor to give notice of the Objection pursuant to B.L.R. 3007-1(c) and 9014-1(b)(3) and warned that non-compliant notices would be stricken.  On December 28, 2022, Debtor filed a new notice of hearing regarding the Objection.[4]  The Second Notice ignores the express instructions in the Dec. 23 Order and does not comply with B.L.R. 9014-1(b)(3).

---

[1] Dkt. 51 (the "Dec. 23 Order").

[2] Dkt. 29.

[3] Dkt. 28 (the "Objection").

[4] Dkt. 59 (the "Second Notice").

Accordingly, the court **ORDERS** as follows:

    **1.**    The Second Notice is hereby **STRICKEN; and**

    **2.**    Debtor shall notice the Objection in accordance with B.L.R. 3007-1(c) and 9014-1(b)(3), as required by the Dec. 23 Order.

**\*\*END OF ORDER\*\***

<u>**Court Service List**</u>

**Thai Ming Chiu**
768 38th Ave
San Francisco, CA 94121

**Eddy Hsu**
Law Office of Eddy Hsu
1900 S Norfolk St. #350
San Mateo, CA 94403