```
EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
Attorneys for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

**Thai Ming Chiu**,

Debtor(s).

Case No. 22-30405

Chapter 13

**OBJECTION TO MOTION TO DISMISS BY CHAPTER 13 TRUSTEE**

**Relevant facts**

1. Debtor filed for bankruptcy on August 10, 2022. Debtor was facing a foreclosure by a Creditor with an abstract of judgment lien attached to his home of over 20 years. Debtor has enough equity and income to payoff the lien through a bankruptcy plan.

2. Debtor amended his Statement of Financial Affairs on December 30, 2022 and again on January 2, 2023.

3. Debtor filed his homestead declaration on December 30, 2022. Note: no objections to exemptions have been filed.

4. Debtor filed his First Amended Plan on December 30, 2022 which still proposes to pay 100% of allowed claims.

5. Debtor filed is Adversary Complaint against Creditor Charles Li on December 19, 2022 (AP 22-03114).

6. Debtor has scheduled a hearing on objection for Claims 2 and 5 for February 15, 2023.

7. Debtor filed his response to Adversary Complaint 22-03110 filed by Creditor Bryant Fu and Crystal Lei on or about December 19, 2022.

8. Debtor and Creditor Bryant Fu and Crystal Lei have begun discussions for a stipulation allowing the underlying state case for Claim 1 to be resolved in state court. All AP and objections to claim are to be paused pending the state case outcome.

**THE FIRST AMENDED PLAN RESOLVES THE TRUSTEES REQUESTS**

9. The Chapter 13 Trustee requested an amended plan to clarify treatment of some creditors. Specifically:

    a. The Trustee wanted a creditor placed into Section 3.08, Class 2(C) which was done in the First Amended Plan. However, until the AP with Charles Li is resolved, this entry is only pending.

    b. The Trustee wanted identification of which sections the non-standard provisions of Section 7 addresses. The First Amended Plan identifies the sections but until the objections to claims are resolved, this entry is only pending. Note: the Trustee subsequently pointed out that an additional clarification is necessary which will be addressed in the next amended plan.

**DEBTOR HAS RESOLVED THE TRUSTEE'S REQUEST FOR AMENDED DOCUMENTS.**

10. The Debtor has filed the Homestead Declaration as requested.

11. The Debtor has filed his Amended Statement of Financial Affairs as requested.

12. At this time, there are no outstanding document requests from the Trustee.

**OBJECTIONS TO PLAN BY CREDITORS ARE NOT YET READY FOR RESOLUTION DUE TO PENDING ACTIONS.**

13. Debtor has filed is Adversary Proceeding against Charles Li (Claim 4) which, if resolved in Debtor's favor will set the Creditor's claim to $0.00 which will be paid through the plan. If the Debtor's AP goes in the Creditor's favor, then the Debtor will amend his plan

to pay the claim in full. Until the AP is resolved, the Creditor's objection to plan cannot be resolved.

14. Debtor has filed an objection to claim against Charles Li (Claim 5). If resolved in Debtor's favor then the claim will be set to $0.00. If the objection is resolved in Creditor's favor then the claim will have to be liquidated (most likely in State Court due to the number defendants involved). Until the claim is resolved, the Debtor cannot propose a plan to resolve the Creditor's objection.

15. Debtor has filed an Objection to Claim against Tony Fu (claim 2). If resolved in Debtor's favor then the claim will be disallowed in its entirety. If the objection is resolved in Tony Fu's favor then the claim will have to be liquidated (most likely in State Court due to the number defendants involved). Until the claim is resolved, the Debtor cannot propose a plan to resolve the Creditor's objection.

16. Debtor has filed an Objection to Claim against Bryant Fu and Crystal Lei (claim 1). If resolved in Debtor's favor then the claim will be set to $0.00. If the objection is resolved in Creditor's favor then the claim will have to be liquidated (most likely in State Court due to the number defendants involved). The parties have discussed stipulating to relief from stay and allowing the claim to be resolved in State Court. Until the claim is resolved, the Debtor cannot propose a plan to resolve the Creditor's objection.

    a. As a note, Creditor Bryant Fu and Crystal Lei's objection involves only the valuation of real property for liquidation purposes. The Debtor believes he can stipulate to Creditor's valuation which would also resolve their limited objection.

//

Case: 22-30405   Doc# 67   Filed: 01/03/23   Entered: 01/03/23 17:01:03   Page 3 of 4
RESPONSE TO OBJECTION TO PLAN

Debtor prays that the Motion to Dismiss be overruled or continued pending resolution of the objection to claims so that Debtor can propose a proper plan.

Dated: January 3, 2023        _____*/s/ Eddy Hsu*_____
Eddy Hsu, Esq,
Attorney for Debtor