Amended Creditor Mailing Matrix

Tony Fu
5813 Geary Blvd
PMB188
San Francisco, CA 94121