**Entered on Docket**
**January 13, 2023**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



Signed and Filed: January 13, 2023

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 22-30405 HLB |
| | ) |
| Thai Ming Chiu, | ) Chapter 13 |
| | ) |
| Debtor(s). | ) |
| | ) |

### ORDER RE TRUSTEE'S MOTION TO DISMISS

On December 15, 2022, the Trustee filed a motion to dismiss the above-captioned Chapter 13 (Dkt. 23; the "Motion"). Debtor has opposed the Motion (Dkt. 67).

According to the Trustee's Motion, the following issues have not been resolved:

1. The Trustee has requested that the objection to confirmation of the plan by creditor Tony Fu (Dkt.18) be resolved prior to confirmation. The debtor filed a response to Mr. Fu's objection (Dkt. 30) and noticed the objection for a hearing (Dkt. 31). However, the Court overruled the debtor's response and vacated the hearing (Dkt. 47). The objection remains pending.

2. The Trustee has requested that the objection to confirmation of the plan by creditors Crystal Lei and Bryant Fu (Dkt.19) be resolved prior to confirmation.

ORDER RE TRUSTEE'S MOTION TO
DISMISS

1    The debtor filed a response to Ms. Lei and Mr. Fu's

2    objection (Dkt. 38) and noticed the objection for a

3    hearing (Dkt. 39).  However, the Court overruled the

4    debtor's response and vacated the hearing (Dkt. 50).

5    The objection remains pending.

6    3. The Trustee has requested that the objection to

7       confirmation of the plan by creditor Charles Li

8       (Dkt.20) be resolved prior to confirmation.  The debtor

9       filed a response to Mr. Li's objection (Dkt. 34) and

10      noticed the objection for a hearing (Dkt. 35).

11      However, the Court overruled the debtor's response and

12      vacated the hearing (Dkt. 48).  The objection remains

13      pending.

14   4. The debtor has checked the second box in Section

15      1.01(b) of his original plan but has failed to include

16      any debts in Section 3.08, Class 2(C). Trustee

17      requested an amended plan to resolve this discrepancy.

18      The debtor filed a second amended plan (Dkt. 72) on

19      January 6, 2023.

20   5. The debtor filed an additional provision in his

21      original plan which fails to identify which section of

22      the form plan is being modified. Trustee requested an

23      amended plan.  The debtor filed a second amended plan

24      (Dkt. 72) on January 6, 2023.

25   6. The debtor has taken a homestead exemption of over

26      $189,050.00. Trustee requested the debtor complete and

27      file a Declaration of Debtor Regarding Homestead. The

28

**ORDER RE TRUSTEE'S MOTION TO**
**DISMISS**

- 2 -

Case: 22-30405    Doc# 75    Filed: 01/13/23    Entered: 01/13/23 11:48:13    Page 2 of 5

1    debtor filed a declaration (Dkt. 60) on December 30,
2      2022.
3    7. Trustee requested an amended Statement of Financial
4      Affairs which provides complete answers to question #5.
5      The debtor filed an amended Statement of Financial
6      Affairs (Dkt. 61) on December 30, 2022.
7
8      Accordingly, to the extent not already performed prior
9  to entry of this order or not performed to the satisfaction
10 of the Trustee, the court hereby **ORDERS** that Debtor shall
11 perform the following on or before **February 1, 2023**:
12 - **Debtor shall resolve the objection of creditor Tony Fu.**
13 - **Debtor shall resolve the objection of creditors Crystal**
14   **Lei and Bryant Fu.**
15 - **Debtor shall resolve the objection of creditor Charles**
16   **Li.**
17 - **Debtor shall file an amended plan that resolves the**
18   **discrepancy between the second box in Section 1.01(b) of**
19   **his original plan and Section 3.08, Class 2(C).**
20 - **Debtor shall file an amended plan with an additional**
21   **provision which identifies which section of the form plan**
22   **is being modified.**
23 - **Debtor shall file a Declaration of Debtor Regarding**
24   **Homestead.**
25 - **Debtor shall file an amended Statement of Financial**
26   **Affairs.**
27
28

ORDER RE TRUSTEE'S MOTION TO
DISMISS

-3-

1      If Debtor complies timely and fully with the terms of this

2  order, the Motion is **DENIED.**

3      If Debtor fails to comply timely and fully with the terms

4  of this order, the Trustee shall file and serve a declaration

5  under penalty of perjury detailing why Debtor failed to comply

6  **and shall upload an order granting the Motion and dismissing the**

7  **case.**  The hearing on the Motion set for January 18, 2023 is

8  **VACATED.**

9

10                          **\*\*END OF ORDER\*\***

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER RE TRUSTEE'S MOTION TO DISMISS**

-4-

## Court Service List

[None]