Entered on Docket
January 27, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: January 27, 2023

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK STREET, STE 350
SAN MATEO, CA 94403
(650) 577-5950
(650) 240-0123 FAX
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

**Thai Ming Chiu**,

        Debtor(s).

Case No. 22-30405 HLB

Chapter 13

**ORDER RE EX PARTE
MOTION TO ENLARGE DEADLINE**

Upon the ex parte motion of Thai Ming Chiu (hereinafter Debtor), for an extension of time to the deadline set in the Court's **ORDER RE TRUSTEE'S MOTION TO DISMISS** made on January 13, 2023 as docket entry 75 and with good cause showing,

**IT IS HEREBY ORDERED** that the February 1, 2023 deadline set in **ORDER RE TRUSTEE'S MOTION TO DISMISS** made on January 13, 2023 as docket entry 75 is extended by 90 days.

**\*\*\* END OF ORDER \*\*\***

## COURT SERVICE LIST

NONE- ECF participants notified electronically