EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

**Thai Ming Chiu**,

Debtor(s).

Case No. 22-30405

Chapter 13

**REPLY IN SUPPORT OF OBJECTION TO CLAIM**

Debtor Thai Ming Chiu, through his attorney of record, Eddy Hsu, Esq. make the following reply to Creditor Tony Fu's response to Debtor's Objection to Claim 2.

## Summary

1. Creditor Fu filed proof of claim 2 for $2,000,000.00 and attached an unresolved lawsuit filed in 2016 as evidence of the debt.

2. Debtor filed an objection to claim that included an Order dismissing Creditor Fu's lawsuit and an Order denying Creditor Fu's motion to reconsider.

3. Creditor Fu responded by presenting a filed Notice of Appeal of the dismissal order.

**Debtor has met his burden to either disallow or reduce Creditor's claim to $0.00.**

In re King Street Investments, Inc., 219 B.R. 848 (9th Cir. B.A.P. 1998) states:

> "The allegations of the proof of claim are taken as true if those allegations set forth all the necessary facts to establish a claim and are not self-contradictory, the prima facie establish the claim. Should objection be taken, the objector is then called upon to produce evidence and show facts tending to defeat the claim by probative force equal to that of the allegations of the proofs of claim themselves."

Case: 22-30405    Doc# 84    Filed: 02/03/23    Entered: 02/03/23 13:37:08    Page 1 of 3
REPLY

4. As required by Kingston, Debtor provided proof that Creditor Fu is not entitled to any money from the bankruptcy estate. The State Court Orders dismissing the lawsuit reflect legal findings while the lawsuit only contains allegations. The provided court Orders are more probative than allegations.

5. Specifically, Debtor proved that Creditor Fu's lawsuit has been dismissed and that Creditor Fu's Motion for Reconsideration was denied. Just because Creditor Fu has appealed the dismissal does not change the fact that Creditor Fu's lawsuit is currently unenforceable against Debtor.

**Creditor Fu does not present any evidence that his claim is still valid.**

6. Creditor Fu fails to provide proof that his appeal will end in a different result to overcome Debtor's objection. Creditor Fu's appeal only means he disagrees with the State Court, not that his claim is valid nor that he will he win his appeal.

7. For example, Creditor Fu's reply does not explain how he will overcome simple math. Specifically, Creditor Fu's lawsuit was filed in 2016 and the 5 year limitation expired in 2021. Creditor Fu provides no evidence why CCP 583.310 would not apply.

8. As noted in the Order Denying Plaintiff's Motion for Reconsideration, Creditor Fu failed to show that the 5 year deadline did not run either by new facts or mistake of Court.

9. In summary, Creditor Fu fails to provide probative proof that his claim is valid.

**Creditor Fu provides no basis for a $2,000,000.00 claim.**

10. Creditor Fu's reply provides no basis for a $2,000,000.00 claim now that the lawsuit has been dismissed. Specifically, without a valid lawsuit, Creditor Fu does not qualify for prima facie evidence of amount under Rule 3001(f).

11. Even if the Court were to allow the lawsuit as prima facie evidence, Creditor Fu does not indicate anywhere how he came to a $2,000,000.00 figure. Creditor Fu filed a 16 page complaint without identifying a single transaction, contract, cost, or judgment to justify his demand of $2,000,000 against Debtor. (All claims of money owed are against Demas Yan, who is not the Debtor)

12. Creditor Fu cannot provide probative evidence that the Debtor or the bankruptcy estate owes him $2,000,000.00 because Creditor Fu and Debtor have no relationship such a contract, business relationship or personal relationship that could create a debt.

13. Ultimately, the burden of debt belongs to the Creditor to prove. Here, Creditor cannot prove a debt amount and his claim hangs by a thread, pending appeal.

Debtor prays that the claim be disallowed in its entirely as lacking a basis for debt owed or set the balance to $0.00 pending Creditor Fu's appeal.

Dated: February 2, 2023  _____/s/ Eddy Hsu_____
Eddy Hsu, Esq,
Attorney for Debtor