Entered on Docket
February 10, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: February 10, 2023

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK STREET, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
(650) 240-0123 FAX

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>**Thai Ming Chiu**,<br>　　　　Debtor(s). | Case No. 22-30405 HLB<br><br>Chapter 13<br><br>**ORDER ON STIPULATION** |

Good cause appearing, the Stipulation to Continue Hearing (dkt item# 89) for the following item:

Creditor Charles Li's **Motion for Relief from Stay** hearing scheduled for hearing on **February 16, 2023** at **2:00 P.M.** is continued to **March 2, 2023** at **1:00P.M.**

is hereby **APPROVED.**

**END OF ORDER**

Case: 22-30405    Doc# 90    Filed: 02/10/23    Entered: 02/10/23 17:26:47    Page 1 of 2

**COURT SERVICE LIST**

ECF Participants Notified Electronically