

Signed and Filed: February 15, 2023

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                        ) Case No. 22-30405 HLB
                                              )
THAI MING CHIU,                               ) Chapter 13
                                              )
                    Debtor.                   )
_____         )

### ORDER REGARDING DEBTOR'S OBJECTION TO
### PROOF OF CLAIM NO. 2-1 FILED BY CREDITOR TONY FU

This case came before the court on February 15, 2023 for a hearing on Debtor Thai Ming Chiu's Objection[1] to Claim No. 2-1, filed by creditor Tony Fu.[2]  For the reasons stated on the record, the court **ORDERS** as follows:

**1.**   For purposes of confirmation, and subject to the other provisions of this order, the court hereby allows the Claim in the amount of **$0.00**.

**2.**   During the pendency of this bankruptcy case, should Mr. Fu obtain a judgment in his favor against Debtor Chiu, Mr. Fu may file an amended Claim.

**3.**   The court hereby grants to Mr. Fu relief from the automatic stay imposed by 11 U.S.C. § 362(a) to the fullest

_____

[1] Dkt. 28 (the "Objection").

[2] Proof of Claim 2-1 (filed September 26, 2022) (the "Claim").

extent necessary to permit him to **(a)** prosecute his appeal (the "Appeal") from the dismissal without prejudice of his 2016 State Court Action[3] and from the order denying his motion for reconsideration of the order dismissing the 2016 State Court Action; **and/or (b)** to otherwise prosecute any pre-petition claims, defenses, or causes of action he believes he possesses against Debtor Thai Ming Chiu.

4.      Should Mr. Fu amend his Claim during the pendency of this case, Mr. Chiu shall file within calendar 14 days after the filing of the amended Claim: **(a)** an objection to the amended Claim; **or,** if Mr. Chiu has no objection to such amended Claim **(b)** an amended plan; **or (c)** if Mr. Chiu succeeds in confirming a plan, a motion to modify such confirmed plan to provide for payment on account of the amended Claim.

5.      Within 14 calendar days from the date of entry of this order, Mr. Chiu shall file a declaration attesting under penalty of perjury to the status of any and all litigation in which Mr. Chiu is involved that also involves Mr. Fu (the "Fu Litigation"). The Fu Litigation shall include, but is not limited to, the 2016 State Court Action and the Appeal. For the duration of this case, Mr. Chiu shall file updated declarations explaining the status of the Fu Litigation every 6 months from the date on which the first such declaration is filed.

---

[3] Fu v. Yan, et al., Case No. CGC-16-553702 (San Francisco Sup. Ct.) (the "2016 State Court Action").

**6.** Within calendar 14 days following entry of this order, Mr. Chiu shall file an amended plan that expressly incorporates the provisions of this order.

**7.** If Mr. Chiu fails to timely comply with this order at any time during the pendency of this case, the court will dismiss this case without further notice or hearing upon the filing of a declaration by the Standing Chapter 13 Trustee attesting to Mr. Chiu's lack of timely compliance and the submission of a dismissal order.

**\*\*END OF ORDER\*\***

## Court Service List

Tony Fu
5813 Geary Blvd., PMB 188
San Francisco, CA 94121