EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK STREET, SUITE 350
SAN MATEO, CALIFORNIA 94403
(650) 577-5950
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

**Thai Ming Chiu**,
        Debtor.

Case No. 22-30405 HLB

Chapter 13

**STIPULATION BETWEEN CREDITOR CHARLES LI AND DEBTOR THING MING CHIU TO RELIEF FROM STAY RELATED TO CLAIM 5**

Debtor **Thai Ming Chiu** and Creditor Charles Li hereby stipulate that Creditor's **Charles Li** has limited relief from stay to liquidate Creditor's claim #5.

## **RECITALS**

1. Creditor Charles Li filed Proof of Claim #5 for $1,000,000.00 on October 18, 2022 in Debtor's Chapter 13 bankruptcy case. As basis for the claim, Creditor included a filed copy of a complaint in state court (case CGC-20-585017) which is unliquidated. (Herein, "Lawsuit")

2. Debtor filed an Objection to Claim 5 filed by Charles Li on or about December 19, 2022 as docket item 32. Notice was served on January 5, 2023. The basis of objection is that the Lawsuit was dismissed on June 6, 2022 with leave to amend.

## **STIPULATIONS**

Now, therefore, the parties hereby stipulate and agree, subject to the Court's approval, as follows:

3. The above Recitals are incorporated by reference as if set forth fully herein.

4. The automatic stay under 11 USC 362(a) shall be terminated as to the Debtor's bankruptcy estate and to Creditor Charles Li to the extent necessary for the Lawsuit to reach final judgment, settlement, appeal and other dispositions as necessary.

5. The 14-day stay prescribed by Federal Rule of Bankruptcy Proceedings 4003(a)(3) shall be and is waived so that the Order granting this Stipulation is effective immediately.

6. While the Lawsuit proceeds, Creditor will amend his claim 5 to $10,000.00 for treatment while Debtor's Chapter 13 plan.

7. Following final adjudication of the Lawsuit, the parties agree that Creditor may amend his proof of claim 5 in accordance with the final judgment or other disposition on the Lawsuit. Within seven (7) business days of the amended claim, Debtor will amend his Chapter 13 plan to provide for payment of the amended claim. To the extent necessary, Debtor will seek authority and/or approval from this Court to amend his Chapter 13 plan as set forth herein.

8. Nothing in this Stipulation and the accompanying Order granting the Stipulation shall be construed as waiving any rights, defenses, and/or counterclaims of any parties to the Lawsuit, Debtor's Bankruptcy case, or any other action, except as to the Debtor's agreement to lift the automatic stay as provided herein.

9. This Stipulation may be executed in one or more counterparts, any and all of which shall be deemed an original. The Parties shall be bound by their signatures transmitted by facsimile or electronic mail (in pdf format) as if such signatures were original "wet" signatures.

**SO STIPULATED.**

[signatures on following page]

DATED: 2/15/2023					/s/ Duy Thai
						Duy Thai
						Attorney for Charles Li, Creditor


DATED: 2/15/2023				LAW OFFICES OF EDDY HSU

						By:		/s/ *Eddy Hsu*
						Eddy Hsu,
						Attorney for Debtor