1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   MICHAEL K. JOHNSON, SB# 130193
2      E-Mail: Michael.Johnson@lewisbrisbois.com
   FRANCIS J. TORRENCE, SB# 154653
3      E-Mail: Francis.Torrence@lewisbrisbois.com
   2185 North California Boulevard, Suite 300
4  Walnut Creek, California 94596
   Telephone: 925.357.3456
5  Facsimile: 925.478.3260

6  AMY L. GOLDMAN, SB# 134088
       E-Mail: Amy.Goldman@lewisbrisbois.com
7  MARIA L. GARCIA, SB# 276135
       E-Mail: Maria.L.Garcia@lewisbrisbois.com
8  633 West 5th Street, Suite 4000
   Los Angeles, California 90071
9  Telephone: 213.250.1800
   Facsimile: 213.250.7900
10
   Attorneys for BRYANT FU and CRYSTAL LEI
11

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Thai Ming Chiu<br><br>*aka* Simon Chiu<br>*aka* Simon Thai Ming Chiu,<br><br>Debtor. | Case No.: 22-30405 HLB<br><br>Chapter 13<br><br>**ORDER GRANTING STIPULATION BY AND BETWEEN DEBTOR/DEFENDANT AND PLAINTIFFS BRYANT FU AND CRYSTAL LEI TO TERMINATE THE AUTOMATIC STAY, TO STAY ADVERSARY PROCEEDING AND FOR RELATED RELIEF** |

/ / /

/ / /

/ / /

/ / /

/ / /

This Court, having reviewed and considered the *Stipulation By And Between Debtor/Defendant And Plaintiffs Bryant Fu And Crystal Lei To Terminate The Automatic Stay, To Stay Adversary Proceeding And For Related Relief* (the "Stipulation") made and entered into by and between debtor/defendant Thai Ming Chiu *aka* Simon Chiu *aka* Simon Thai Ming Chiu (the "Debtor" or "Defendant") and plaintiffs Bryant Fu ("Fu") and Crystal Lei ("Lei", and Lei together with Fu are collectively referred to as the "Creditors" or "Plaintiffs") (the Defendant and Plaintiffs together are collectively referred to as the "Parties"), and good cause appearing therefor,[1]

**IT IS HEREBY ORDERED** that:

1. The Stipulation is GRANTED in its entirety.

2. The automatic stay of 11 U.S.C. § 362(a) is terminated pursuant to 11 U.S.C. §§ 105(a) and 362(d)(1) as to the Debtor and the Debtor's bankruptcy estate and as to Plaintiffs to allow the 2017 State Court Action (Case No. CGC-17-556769 pending before the San Francisco County Superior Court) to proceed in all respects and through final judgment, settlement, appeal, or other disposition, including, but not limited to, Plaintiffs pursuing their complaint and their complaint as amended against Debtor in all respects and through final judgment, settlement, appeal, or other disposition; Plaintiffs pursuing any defenses and/or counter- or cross-claims against Debtor's cross-complaint and Debtor's cross-complaint as amended in all respects and through final judgment, settlement, appeal, or other disposition; and Plaintiffs pursuing any and all of Plaintiffs' rights against Debtor in the 2017 State Court Action.

3. The 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived so that this Order is effective immediately.

4. The Adversary Proceeding and Debtor's Objection to Claim are stayed pending final adjudication of Plaintiffs' complaint and complaint as amended in the 2017 State Court Action against Debtor.

5. Within two weeks of a final, non-appealable order or judgment being entered on

---

[1] Capitalized terms not defined in this Order shall have the meaning ascribed to them in the Stipulation.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Plaintiffs' complaint, as amended, in the 2017 State Court Action as against Debtor, the Parties shall file with this Court statement(s) in the main Bankruptcy Case and Adversary Proceeding regarding lifting the stays as to the Adversary Proceeding and Debtor's Objection to Claim.

6. The Court shall continue the status conference in the Adversary Proceeding to a date and time most convenient for the Court. All deadlines associated with Rule 7026 of the Federal Rules of Bankruptcy Procedure and this Court's *Order Re Initial Disclosures and Discovery Conference* and related deadlines shall be stayed until reset by this Court at a status conference in the Adversary Proceeding.

7. Following final adjudication of the 2017 State Court Action as to Plaintiffs' claims against Debtor, the Parties agree that Plaintiffs will amend their proof of claim filed in the Bankruptcy Case in accordance with the final judgment or other disposition on Plaintiffs' claims. Within seven (7) business days of Plaintiffs amending their proof of claim, Debtor will amend his chapter 13 plan to provide for payment in full of Plaintiffs' amended proof of claim. To the extent necessary Debtor will seek authority and/or approval from this Court to amend his chapter 13 plan as set forth herein.

8. Nothing in the Stipulation and this Order shall be construed as waiving any rights, claims, defenses, and/or counterclaims of any parties to the 2017 State Court Action, the Adversary Proceeding, the Bankruptcy Case and/or any action, except as to Debtor's agreement to lift the automatic stay as provided herein.

**IT IS SO ORDERED.**

**\*\*END OF ORDER\*\***

<u>**Court Service List**</u>

**Debtor**
Thai Ming Chiu
768 38th Ave.
San Francisco, CA 94121

**Counsel for Debtor/Defendant
Thai Ming Chiu**
Leeds Disston
Law Offices of Casalina and Disston
409 13th Street, 9th Floor
Oakland, CA 94612