Entered on Docket
April 18, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: April 18, 2023

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**



**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MICHAEL K. JOHNSON, SB# 130193
　E-Mail: Michael.Johnson@lewisbrisbois.com
FRANCIS J. TORRENCE, SB# 154653
　E-Mail: Francis.Torrence@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456
Facsimile: 925.478.3260

AMY L. GOLDMAN, SB# 134088
　E-Mail: Amy.Goldman@lewisbrisbois.com
MARIA L. GARCIA, SB# 276135
　E-Mail: Maria.L.Garcia@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for BRYANT FU and CRYSTAL LEI

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Thai Ming Chiu<br><br>*aka* Simon Chiu<br>*aka* Simon Thai Ming Chiu,<br><br>　　　　Debtor. | Case No.: 22-30405 HLB<br><br>Chapter 13<br><br>**ORDER APPROVING STIPULATION BY AND BETWEEN DEBTOR/DEFENDANT THAI MING CHIU AND CREDITORS/PLAINTIFFS BRYANT FU AND CRYSTAL LEI TO TERMINATE THE AUTOMATIC STAY AND FOR OTHER RELIEF** |

　　　　This Court, having reviewed and considered the *Stipulation By And Between Debtor/Defendant Thai Ming Chiu And Creditors/Plaintiffs Bryant Fu And Crystal Lei To Terminate The Automatic Stay And For Other Relief* [filed on April 17, 2023 at Bankr. Docket No. 105] (the "Stipulation") made and entered into by and between debtor/defendant Thai Ming Chiu *aka* Simon Chiu *aka* Simon Thai Ming Chiu (the "Debtor" or "Defendant") and creditors/plaintiffs

Bryant Fu ("Fu") and Crystal Lei ("Lei", and Lei together with Fu are collectively referred to as the "Creditors" or "Plaintiffs") (the Debtor and Creditors together are collectively referred to as the "Parties"), and approved by the Standing Chapter 13 Trustee, and good cause appearing therefor,[1]

**IT IS HEREBY ORDERED** that:

    a.    The Stipulation is APPROVED and GRANTED in its entirety.

    b.    The automatic stay of 11 U.S.C. § 362(a) shall be and is terminated pursuant to 11 U.S.C. § 362(d)(1) as to the Debtor and the Debtor's bankruptcy estate and as to Plaintiffs to allow the 2017 State Court Action (Case No. CGC-17-556769 pending before the San Francisco County Superior Court) to proceed in all respects and through final judgment, settlement, appeal, or other disposition, including, but not limited to, Plaintiffs pursuing their complaint and their complaint as amended against Debtor in all respects and through final judgment, settlement, appeal, or other disposition; Plaintiffs pursuing any defenses and/or counter- or cross-claims against Debtor's cross-complaint and Debtor's cross-complaint as amended in all respects and through final judgment, settlement, appeal, or other disposition; and Plaintiffs pursuing any and all of Plaintiffs' rights against Debtor in the 2017 State Court Action.

    c.    Should the 2017 State Court Action result in entry of a judgment or order in favor of Fu and/or Lei against Debtor, they may take no action to collect any such judgment or order against Debtor without prior approval of this Court.

    d.    The 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3) shall be and is waived so that this Order is effective immediately.

    e.    For purposes of plan confirmation, the Parties have agreed to the handling of the placeholder amount of Claim No. 1-1 as provided in the Stipulation.

    f.    The Stipulation resolves the Debtor's Objection to Claim as provided in said Stipulation.

---

[1] Capitalized terms not defined in this Order shall have the meaning ascribed to them in the Stipulation.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

93352673.1

g. Within fourteen (14) calendar days following entry of this Order approving the Stipulation, Debtor shall file an amended plan that expressly incorporates the provisions of the Stipulation.

h. If Creditors have an objection to the confirmation of Debtor's fourth amended plan, they must file it within ten (10) calendar days of the filing of said plan. If Creditors file such an objection, or fail to withdraw their pending objection to confirmation within ten (10) calendar days of the filing of the fourth amended plan, Debtor will notice the matter for hearing within ten (10) calendar days so that the issues raised in the objection can be litigated.

i. Following the entry of this Order approving the Stipulation, the Parties shall promptly file a stipulation in the Adversary Proceeding that stays the Adversary Proceeding for all purposes pending conclusion of the 2017 State Court Action. The Adversary Proceeding Stipulation shall require the Parties to file joint or separate status statements every six (6) months through the conclusion of the 2017 State Court Action, advising this Court of the status of the 2017 State Court Action.

j. The Parties shall also file joint or separate status statements every six (6) months in the Bankruptcy Case through the conclusion of the 2017 State Court Action, advising this Court of the status of the 2017 State Court Action. The statements filed in the Bankruptcy Case may be identical to those that should be filed pursuant to the anticipated Adversary Proceeding Stipulation.

k. Nothing in the Stipulation and this Order granting the Stipulation shall be construed as waiving any rights, claims, defenses, and/or counterclaims of any parties to the 2017 State Court Action, the Adversary Proceeding, the Bankruptcy Case and/or any action, except as to Debtor's agreement to lift the automatic stay as provided in the Stipulation.

**IT IS SO ORDERED.**

**\*\*END OF ORDER\*\***

<u>**Court Service List**</u>

**Debtor**
Thai Ming Chiu
768 38th Ave
San Francisco, CA 94121

**Counsel for Debtor/Defendant**
**Thai Ming Chiu**
Leeds Disston
Law Offices of Casalina and Disston
409 13th Street, 9th Floor
Oakland, CA 94612