EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
(650) 625-0123 FAX
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

**Thai Ming Chiu**,

        Debtors.

Case No. 22-30405 HLB

Chapter 13

EXPARTE MOTION TO ENLARGE DEADLINE

**COMES NOW** the above-named debtor, by and through his attorney of record, and respectfully moves the Court pursuant to Bankruptcy Rule 9006-1 to enlarge the deadline set in the Court's **ORDER RE TRUSTEE'S MOTION TO DISMISS** made on January 13, 2023 as docket entry 75 to **July 30, 2023**. (Herein "the Order.")

**Relevant Facts and Update**

1. In the Order, the Court issued a deadline of February 1, 2023 for the Debtor to resolve the Trustee's issues raised his Motion to Dismiss filed on December 15, 2022 (dckt 23).

2. The Court subsequently extended that deadline 90 days to give Debtor time to resolve the issues in the case.(dckt item 83 issued on January 27, 2023)

3. During the extension between January 27 to April 24, 2023, the Debtor has accomplished the following:

    a. Creditor Tony Fu's claim was reduced to $0.00 from $2 million for purposes of plan confirmation, granted relief from stay, and given leave to amend his claim upon final adjudication of any state complaints. Debtor accomplished this through a contested hearing. (dckt item 91)

EXPARTE MOTION ENLARGE DEADLINE

b. Creditor Charles Li Fu's claim was reduced to $10,000.00 from $1 million for purposes of plan confirmation, granted relief from stay, and given leave to amend his claim upon final adjudication of any state complaints. Debtor accomplished this through a stipulation which the Court then altered as resolution for Objection to Claim. (dckt item 93)

c. Creditor Bryant Fu and Crystal Lei Fu's claim was reduced to $10,000.00 from $1.6 million for purposes of plan confirmation, granted relief from stay, and given leave to amend their claim upon final adjudication of any state complaints. Debtor accomplished this through a stipulation after a hearing. (dckt item 107)

d. Debtor then filed Fourth Amended Plan which incorporated all the above Orders and proposed to pay all Creditors at 100% of the claims allowed. (dckt item 109). In the same plan, Debtor also proposes to his Secured Creditor in full as well now that the Adversary Proceeding (22-03114) was resolved in Creditor's favor.

4. The Debtor has the remaining issues:

a. Objection to Plan filed by Creditor Tony Fu – Mr. Fu has not responded to any requests to withdraw his objection despite having a $0.00 claim and granted relief from stay. Debtor expects that a hearing will be necessary because Mr. Fu is in pro-per and his prior objection alleged a bad faith plan/bankruptcy.

b. Objection to Plan filed by Creditor Charles Li – Mr. Li's counsel expressed a desire to review the plan before making any decisions regarding withdrawal of objections or making any new ones. Regardless, the Fourth Amended Plan pays Mr. Li in full and there is no real issue of feasibility. Therefore, Debtor hopes to avoid a hearing so that all parties can focus on the state litigation.

c. Objection to Plan filed by Creditor Byrant Fu and Crystal Lei – Mr. Fu and Ms. Lei's counsel expressed a desire to review the plan before making any decisions regarding withdrawal of objections or making any new ones. Regardless, the Fourth Amended Plan pays Mr. Fu and Ms. Lei in full and there is no real issue of feasibility. Therefore, Debtor hopes to avoid a hearing so that all parties can focus on the state litigation.

**Request for an extension to July 30, 2023.**

5. Debtor prays for an extension to July 30, 2023 so that all parties will have enough time for notice on any potential objections or hearings. Debtor hopes that the time will also give creditor's counsel enough time to withdraw any objections that are moot given the Court's prior orders and comments on the case.

6. Without such an extension, Debtor will have his bankruptcy case dismissed, Debtor and Creditors will lose all the hard work they have put into the case, and the Creditor Charles Li will sell Debtor's home of 25 years.

**WHEREFORE,** the Debtor respectfully prays of the Court as follows:

a. That the Order Re Trustee's Motion to Dismiss deadline be extended to July 30, 2023;

Dated: April 26, 2023

**LAW OFFICE OF EDDY HSU**
  /s/ Eddy Hsu
EDDY HSU
Attorney for Debtor