EDDY HSU (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK STREET, SUITE 350
SAN MATEO, CALIFORNIA 94403
(650) 577-5950
(650) 240-0123 FAX

Attorney for Debtor(s),

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Thai Ming Chiu,<br><br>        Debtor(s). | Case No.: 22-30405 HLB<br><br>Chapter: 13<br><br>**NOTICE AND OPPORTUNITY TO OBJECT** |

      Debtor(s) in the above –entitled bankruptcy matter have filed a Chapter 13 Plan on **4/21/2023**.

NOTICE IS HEREBY GIVEN, under Local Rule 3015-1(b)(3) of this U.S. Bankruptcy Court for the Northern District of California which states:

(3) Objections. At or before the 11 U.S.C. § 341 meeting of creditors, a creditor objecting to confirmation shall file with the Court and serve upon the debtor, the debtor's counsel, and the trustee a written objection to confirmation stating the basis for the objection. Objections to amended plans shall be filed and served within 14 days of service of the amended plan. Objections to confirmation need not be considered by the Court unless service has been made in accordance with this rule. Once timely filed, an objection to a plan will be considered an objection to all subsequent versions and amendments until the objection is withdrawn or the objecting party fails to appear at a hearing on confirmation prescribes that procedures to be

followed and that any objection to confirmation on the matter must be filed and served upon the debtor, the debtor's counsel and the trustee within 21 days of the mailing of the notice;

Dated: 5/3/2023                           /s/Eddy Hsu
                                          Eddy Hsu, Esq.
                                          Attorney for Debtor(s)

NOTICE AND OPPORTUNITY TO OBJECT

Case: 22-30405    Doc# 115    Filed: 05/03/23    Entered: 05/03/23 13:01:50    Page 2 of 2