EDDY HSU (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK STREET, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

Thai Ming Chiu,

        Debtor(s).

Case No. 22-30405 HLB

Chapter 13

CERTIFICATE OF SERVICE

     I, the undersigned, declare that I am employed in the County of San Mateo. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 South Norfolk Street, Suite 350, San Mateo, CA 94403.

     On today's date, I served the following documents:

1. FOURTH AMENDED CHAPTER 13 PLAN
2. NOTICE OF OPPORTUNITY TO OBJECT

by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Mateo, California, to all parties entitled to receive regularly mailed notices, addressed as follows:

| | | |
|---|---|---|
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998 | Charles Li<br>Attn: Duy Thai<br>One Sansome Street, Ste 3500<br>San Francisco, CA 94104 | Franchise Tax Board<br>PO BOX 942867<br>Sacramento, CA 94267 |
| Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634 | Citibank<br>Attn: Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 |
| Bryan Fu<br>Attn: Lewis Brisbois Bisgaard & Smith LLP<br>633 West 5th St., Ste 4000<br>Los Angeles, CA 90071 | Costco Citi Card<br>Attn: Bankruptcy<br>Po Box 6500<br>Sioux Falls, SD 57117 | Wells Fargo Bank NA<br>Attn: Wells Fargo Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328 |
| Capital One<br>Attn: Bnakruptcy | Crystal Lei<br>Attn: Lewis Brisbois Bisgaard & Smith LLP | Paul Miyamoto, Sheriff<br>1 Dr. Carlton B Goodlett Place<br>Rm 305<br>San Francisco, CA 94102 |

| P.O. Box 30285<br>Salt Lake City, UT 84130 | 633 West 5th St., Ste 4000<br>Los Angeles, CA 90071 | TONY FU<br>5813 GEARY BLVD., PMB 188<br>SAN FRANCISCO, CA 94121 |
|---|---|---|

If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document.

     I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 3, 2023 at San Mateo, California.

                                     */s/ Eddy Hsu*
                                     Eddy Hsu

CERTIFICATE OF SERVICE