Crystal Lei and Bryant Fu
337 28th Avenue
San Francisco, CA 94121
(415) 221-0969

Creditors in Pro Se

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| In re | Case No.: 22-30405 HLB |
|---|---|
| Thai Ming Chiu | Chapter 13 |
| aka Simon Chiu<br>aka Simon Thai Ming Chiu, | **CORRECTED** SUBSTITUTION OF ATTORNEY |
| Debtor. | |

**PLEASE TAKE NOTICE** that Creditor Crystal Lei hereby substitutes in as pro per. All notices and further correspondence are to be directed to the following:

Crystal Lei
337 28th Avenue
San Francisco, CA 94121
Email: lei.litigation@gmail.com

In place of Lewis Brisbois Bisgaard & Smith, LLP.

I consent to this substitution:

DATED: July 5, 2023            LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Michael K. Johnson
Attorneys for BRYANT FU and CRYSTAL LEI

Acceptance of Substitution of Attorney:

DATED: July 5, 2023

By: _____
Crystal Lei, Pro Se

# PROOF OF SERVICE

Case No.: 22-30405

I am a legal resident of the United States, over the age of eighteen. My address is 337 28th avenue, San Francisco, CA 94121. My electronic service address (email) is bfu.law1@gmail.com.

On July 5, 2023, I served the following:

SUBSTITUTION OF ATTORNEY

On the interested parties as follows:

David Burchard, Chapter 13 Trustee
PO Box 8059
Foster City, CA 94404
Tel: (650) 345-7801 / (707) 544-5500
Fax: (650) 345-1514 / (707) 544-0475
Email: TESTECF@burchardtrustee.com, dburchard13@ecf.eqipsystems.com

Brisa C. Ramirez (SBN 261480)
PO Box 8059
Foster City, CA 94404
Tel: (650) 345-7801 / (707) 544-5500
Fax: (650) 345-1514 / (707) 544-0475
Email: brisar@burchardtrustee.com

Eddy Hsu, attorney for debtor Thai Ming Chiu
1900 S Norfolk St Ste 350
San Mateo, CA 94403
Tel: (650) 577-5950
Fax: 650-240-0123
Email: eddyhsu@ehsulaw.com

__X__ By Email: On the interested party named above in said cause, by sending the e-mail with the documents served to the e-mail addresses shown as the above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on July 5, 2023 at San Francisco, California.

Bryant Fu