Entered on Docket
July 20, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: July 20, 2023



_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650)345-7801 FAX(650)345-1514
(707 544-5500 FAX(707)544-0475

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**In re:**

**THAI MING CHIU**

Debtor(s)

Case No.: 22-30405 HLB

Chapter 13

**ORDER CONFIRMING CHAPTER 13 PLAN**

After notice and opportunity for a hearing it is determined that the Chapter 13 plan satisfies the requirements of 11 U.S.C. § 1325. Therefore, **IT IS ORDERED** that the plan filed at docket **#109** is confirmed.

**ATTORNEY FEES**

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor(s)' attorney in the full amount of **$6,000.00** are approved, **$2,875.00** of which was paid prior to the filing of the petition. Provided that the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys, the balance of **$3,125.00**, shall be paid by the chapter 13 Trustee from plan payments in accordance with Section 5 of the plan.

\* \* \* \* \* END OF ORDER \* \* \* \* \*

**Court Service List**

THAI MING CHIU
768 38TH AVE
SAN FRANCISCO, CA 94121