EDDY HSU (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
(650) 240-0123 FAX
Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

**Thai Ming Chiu**,
    Debtor(s).

Case No. 22-30405

Chapter 13

**DECLARATION REGARDING FU LITIGATION**

I, Thai Ming Chiu, debtor in the above case declare as follows under penalty of perjury:

1. On February 15, 2023, the Court issued ORDER REGARDING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 2-1 FILED BY CREDITOR TONY FU as docket item 91.
2. In compliance with aforementioned Order, I have enclosed the latest State Court dockets on cases that involve me and Tony Fu as Exhibit A and Exhibit B.
    a. Case CGC-17-562176. Tony Fu dismissed this case on September 11, 2019. No changes have been made to status. (Exhibit A)
    b. Case CGC-16-553702. Case was dismissed by the Court. Tony Fu filed a Notice of Appeal on December 19, 2022. The Clerk filed Notice to Counsel Re Appellant's Designating Record on Appeal on February 14, 2023. (Exhibit B)

Dated: 2/23/2023      <u>/s/ Thai Ming Chiu</u>
              Thai Ming Chiu
              Debtor

DECLARATION