EDDY HSU (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
(650) 240-0123 FAX
Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

**Thai Ming Chiu**,

        Debtor(s).

Case No. 22-30405

Chapter 13

DECLARATION REGARDING LI LITIGATION

I, Thai Ming Chiu, debtor in the above case declare as follows under penalty of perjury:

1. On February 15, 2023, the Court issued ORDER REGARDING (1) DEBTOR'S OBJECTION TO PROOF OF CLAIM 5-1 FILED BY CREDITOR CHARLES LI; AND (2) STIPULATION BETWEEN DEBTOR AND CHARLES LI TO RELIEF FROM STAY as docket item 93.

2. In compliance with the aforementioned Order, I enclose any relevant State Court dockets on cases that involve Debtor and Charles Li.
    a. Case CGC-14-537574. No changes have been made to status regarding Debtor. Although Creditor has made several motions against Tina Yan (Debtor's mother-in-law), none pertain to Debtor nor the bankruptcy estate. The Debtor's bankruptcy plan has been approved and distributions on Charles Li's claim 4 will begin in August.

b. Case CGC-20-20585017. No change in status relevant to Debtor and Creditor. Charles Li's Cross Complaint was dismissed by the Court. The amended cross complaint by Charles Li has not been filed yet. (Exhibit A)

Dated: 7/31/2023

/s/ *Thai Ming Chiu*
Thai Ming Chiu
Debtor

DECLARATION