EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
(650) 625-0123 FAX
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

Thai Ming Chiu,

    Debtors.

Case No. 22-30405 HLB

Chapter 13

MOTION TO MODIFY PLAN

**COMES NOW** the above-named debtor, by and through his attorney of record, and respectfully moves the Court pursuant to 11 USC § 1329, 11 USC § 1305 and Bankruptcy Rule 3015(g) for the entry of an order authorizing the debtor to modify his plan and in support hereof alleges and says that:

1. The Debtor's plan was confirmed on July 20, 2023.
2. Debtor wishes to modify his plan as attached in **Exhibit A**.
3. Debtor's financial situation has changed because Debtor was unable to obtain a refinance or line of credit against his home.
4. Without this modification, the current plan has become a hardship.

**WHEREFORE,** the Debtor respectfully prays of the Court as follows:

    a. That the Debtor's motion to modify plan be granted;

Dated: September 28, 2023

**LAW OFFICE OF EDDY HSU**
  _/s/ Eddy Hsu_____
EDDY HSU
Attorney for Debtor

DEBTOR'S MOTION TO MODIFY PLAN