```
EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK STREET, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
Attorney for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>Thai Ming Chiu,<br><br>     Debtor(s). | Case No. 22-30405 HLB<br><br>Chapter 13<br><br>SUPPLEMENTAL DECLARATION IN SUPPORT |

  I, **Thai Ming Chiu**, file this supplemental declaration to support my request for modification of plan. I originally needed a modification because I was unable to obtain a refinance loan or line of credit against my home to pay off the secured lender.

  As requested by the Trustee, I intend to use my deferred compensation (and possibly my wife's deferred compensation) to make the lump sum payments of $25K to $50K each year. As indicated by my schedules, my deferred compensation retirement account is worth over $950K and my wife's account is worth over $800K. We are both over 62 years of age and can withdraw money without tax penalty. Unfortunately, we cannot just withdraw all the money at once because there are still complicated tax consequences for each withdrawal.

  I pray the Court grant this modification. Without the modification, I cannot complete the plan and I may lose my house as Creditor Li waiting to sell it as soon as the bankruptcy is dismissed.

  I pray the Court approve my modification and grant me the fresh start I need in these trying times.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is both true and correct. Executed October 16, 2023 in San Francisco, CA.

                           _/s/_ *Thai Ming Chiu*
                           Thai Ming Chiu
                           Debtor