DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

THAI MING CHIU

                                    Debtor (s)

Chapter 13
Case No: 22-30405 HLB

WITHDRAWAL OF OBJECTION
TO DEBTOR'S MOTION TO
MODIFY CHAPTER 13 PLAN

David Burchard, the Chapter 13 Standing Trustee in the above-entitled matter, hereby withdraws his Objection to Debtor's Motion to Modify Chapter 13 Plan, filed on October 3, 2023.


DATED:        November 7, 2023              DAVID BURCHARD
                                           DAVID BURCHARD
                                           Chapter 13 Trustee
                                           United States Bankruptcy Court
                                           Northern District of California
                                           San Francisco/Santa Rosa Divisions


CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action.  I am employed by the Trustee whose business address is 1111 Triton Drive, Suite #100, Foster City, CA.  On the date set forth below, I served a true and correct copy of the **Withdrawal of Objection to Debtor's Motion to Modify Chapter 13 Plan** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


The following recipients have been served via Court's Notice of Electronic Filing:

        EDDY HSU
        eddyhsu@ehlawgroup.com


Dated:     November 7, 2023              BRISA RAMIREZ
                                        BRISA RAMIREZ