EDDY HSU (BAR # 245390)
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
 (650) 577-5950
Attorney for Debtor(s),

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:

Thai Ming Chiu,

        Debtor(s).

Case No. 22-30405 HLB

Chapter 13

REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF NO RESPONSE

Debtor **Thai Ming Chiu**, filed a Motion to Modify Plan and a Notice and Opportunity for Hearing on September 28, 2023 (dck item 140 and 141) and served all parties on September 28, 2023. The Chapter 13 Trustee withdrew his objection on November 7, 2023. No other objections or requests for hearing have been filed.  Therefore, the Debtor requests that the court grant an Order approving his Motion to Modify Plan Due by default.

Dated:  November 7, 2023                      /s/ *Eddy Hsu*_____
                                                        Eddy Hsu
                                                        Attorney for Debtor(s)

**DECLARATION OF NO RESPONSE**

I, EDDY HSU, declare as follows.

1. I am the Attorney of record for the Debtor(s) **Thai Ming Chiu**;
2. The Debtor(s) filed a Motion to Modify Plan on September 28, 2023 and served all parties on September 28, 2023 (dck item 140 and 141).
3. No objections or requests for hearing were received besides the objection by the Chapter 13 Trustee which was withdrawn on November 7, 2023.
4. Debtor(s) pray that the court grant his Motion to Modify Plan.

I, EDDY HSU, the Debtor's Attorney, hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  11/7/2023                             */s/Eddy Hsu*_ _____
                                                        Eddy Hsu
                                                        Attorney for the Debtor(s)