```
EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST
SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
(650) 240-0123 FAX

Attorney for Debtor(s),
```



Entered on Docket
November 08, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: November 8, 2023

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Thai Ming Chiu,

          Debtor(s).

Case No. 22-30405 HLB

Chapter 13

ORDER GRANTING MOTION TO MODIFY PLAN

On September 28, 2023, Debtor filed a MOTION TO MODIFY PLAN. Proper service of the motion was made on September 28, 2023. The Trustee has withdrawn his objection to the motion. There have been no objections or requests for hearing filed. No subsequent actions were taken by the parties.

//

//

//

IT IS ORDERED THAT:

1. The Motion to Modify Plan is hereby granted and the Fifth Amended Plan attached as Exhibit A in the Motion to Modify Plan is confirmed with the following modifications.

2. In addition to the $25,000.00 lump sum payment due on September 2024, Debtor shall make (2) two additional $25,000.00 lump sum payments; one due on September 2025 and the second due on September 2026.

3. Debtor will make a final lump sum payment of $105,000.00 on of before September 2027.

Approval to Form and Content
/s/ *[signature]*

Brisa C. Ramirez, staff attorney for
David Burchard, Ch. 13 Trustee

**\*\*\* END OF ORDER\*\*\***