EDDY HSU (BAR # 245390)
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
Attorney for Debtor(s),

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:

Thai Ming Chiu,

          Debtor(s).

Case No. 22-30405 HLB

Chapter 13

EX PARTE APPLICATION FOR ENTRY OF AMENDED ORDER GRANTING MOTION TO MODIFY PLAN

Debtor **Thai Ming Chiu**, through his counsel, hereby applies for an Amended Order Granting Motion to Modify Plan.

I, Eddy Hsu, declare:

1. I am the attorney for Debtor Thai Ming Chiu.
2. On November 8, 2023, the Court signed an Order Granting Motion to Modify Plan. (docket item 148)
3. The order provided that Debtor would make a lump sum payment of $105,000.00 on or before September 2027. However, the correct due date for the $105,000.00 should be on or before <u>August</u> <u>2027</u> because September 2027 would be the 61st payment month and an improper extension of the bankruptcy repayment period.
4. Counsel respectfully requested that the Court enter an Amended Order Granting Motion to Modify Plan which corrects the timeline for payments.
5. The Chapter 13 Trustee's counsel has approved the Amended Order Granting Motion to Modify Plan and no creditor will be prejudiced by the change.

I, EDDY HSU, the Debtor's Attorney, hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 11/14/2023                    /s/Eddy Hsu_____
                                          Eddy Hsu
                                          Attorney for the Debtor(s)