```
EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
Attorney for Debtor
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Thai Ming Chiu,<br><br>      Debtor. | Case No. 22-30405 HLB<br><br>Chapter 13<br><br>APPLICATION FOR COMPENSATION - POST CONFIRMATION FOR DEBTOR'S COUNSEL (**$600.00**); CERTIFICATE OF SERVICE |

      Eddy Hsu, Esq., counsel for Chapter 13 debtor Thai Ming Chiu submits this application pursuant to <u>Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Francisco Division)</u> adopted by the United States Bankruptcy Court for the Northern District of California, San Francisco Division.

1. Debtor's Petition for Chapter 13 Bankruptcy was filed on     <u>8/10/2022.</u>

2. The Debtor received plan confirmation on     <u>7/20/2023.</u>

3. Debtor filed a Motion to Modify Plan (docket item 140) on     <u>9/29/2023</u>.

4. The Court granted an Order allowing plan modification on     <u>11/14/2023</u>.

5. Debtor's Attorney requests the additional flat fee amount for services pursuant to <u>Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Francisco Division)</u> Section 3(a) "**Plan modifications filed after one year from the petition date without amended schedules I & J: $600**"

6. The amount shall be payable through the Chapter 13 plan.

                                                                 **LAW OFFICE OF EDDY HSU**

Dated: November 15, 2023                        <u> /s/ Eddy Hsu </u>
                                                                   EDDY HSU
                                                                    Attorney for Debtor

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am employed in the County of San Mateo. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 S Norfolk St., Ste 350, San Mateo, CA 94403. On today's date, I served the following documents:

1. APPLICATION FOR COMPENSATION - POST CONFIRMATION FOR DEBTOR'S COUNSEL ($600.00)
2. CERTIFICATE OF SERVICE

by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Mateo, California addressed as follows:

<u>Debtors:</u>
Thai Ming Chiu
769 38th Ave
San Francisco, CA 94121

If the Chapter 13 Trustee is otherwise entitled to notice, he will receive such notice upon the electronic filing of the above-named document. I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 15, 2023 at San Mateo, California.

                                           /s/Eddy Hsu
                                           Eddy Hsu