```
EDDY HSU (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
(650) 240-0123 FAX
Attorneys for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>**Thai Ming Chiu**,<br>　　　　　Debtor(s). | Case No. 22-30405<br><br>Chapter 13<br><br>DECLARATION REGARDING FU LITIGATION |

I, Thai Ming Chiu, debtor in the above case declare as follows under penalty of perjury:

1. On February 15, 2023, the Court issued ORDER REGARDING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 2-1 FILED BY CREDITOR TONY FU as docket item 91.
2. In compliance with aforementioned Order, I have enclosed the latest State Court dockets on cases that involve me and Tony Fu as Exhibit A and Exhibit B.
    a. Case CGC-17-562176. Tony Fu dismissed this case on September 11, 2019. No changes have been made to status. (Exhibit A)
    b. Case CGC-16-553702. Case was dismissed by the Court. Tony Fu's Appeal denied and the dismissal of case was affirmed on November 2, 2023. (Exhibit B)

Dated: 2/1/2024　　　　　　　　　　*/s/ Thai Ming Chiu*
　　　　　　　　　　　　　　　　　Thai Ming Chiu
　　　　　　　　　　　　　　　　　Debtor

DECLARATION