EDDY HSU (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
(650) 240-0123 FAX
Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

**Thai Ming Chiu**,

          Debtor(s).

Case No. 22-30405

Chapter 13

**DECLARATION REGARDING LI LITIGATION**

I, Thai Ming Chiu, debtor in the above case declare as follows under penalty of perjury:

1. On February 15, 2023, the Court issued ORDER REGARDING (1) DEBTOR'S OBJECTION TO PROOF OF CLAIM 5-1 FILED BY CREDITOR CHARLES LI; AND (2) STIPULATION BETWEEN DEBTOR AND CHARLES LI TO RELIEF FROM STAY as docket item 93.

2. In compliance with the aforementioned Order, I enclose any relevant State Court dockets on cases that involve Debtor and Charles Li.
    a. Case CGC-14-537574. No changes have been made to status regarding Debtor. Although Creditor has made several motions against Tina Yan (Debtor's mother-in-law) and Demas Yan, none pertain to Debtor nor the bankruptcy estate. The Debtor's bankruptcy plan has been approved and distributions on Charles Li's claim 4 began in August 2023.
    b. Case CGC-17-556769. Trial has started and continued to April 5, 2024. Since trial is pending, there is no substantive update to provide.

DECLARATION

c. Case CGC-20-585017. The case involves Debtor's spouse and Creditor Charles Li. The creditor filed a cross complaint naming Debtor as a party. An Order to Show Cause hearing is set for March 26, 2024 for Cross Complainant's failure to bring First Amended Cross Complaint at Issue. Until that hearing which may result in an amended cross complaint, the case has not progressed.

Dated: 2/1/2024           /s/ Thai Ming Chiu
                          Thai Ming Chiu
                          Debtor

DECLARATION