```
EDDY HSU (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
(650) 240-0123 FAX
Attorneys for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

**Thai Ming Chiu**,

          Debtor(s).

Case No. 22-30405

Chapter 13

DECLARATION REGARDING BRYANT FU AND CRYSTAL LEI LITIGATION

I, Thai Ming Chiu, debtor in the above case declare as follows under penalty of perjury:

1. On April 18, 2023, the Court issued ORDER APPROVING STIPULATION BY AND BETWEEN DEBTOR/DEFENDANT THAI MING CHIU AND CREDITORS/PLAINTIFFS BRYANT FU AND CRYSTAL LEI TO TERMINATE THE AUTOMATIC STAY AND FOR OTHER RELIEF as docket item 107.
2. In compliance with the aforementioned Order, I have enclosed the latest State Court hearings on cases that involve me and Bryant Fu and Crystal Lei as Exhibit A.
    a. Case CGC-17-556769. This case involves multiple parties with trial underway. The next trail date will be April 5, 2024. The parties have been negotiating in good faith. (Exhibit A)

Dated: 3/22/2024            */s/ Thai Ming Chiu*
                                       Thai Ming Chiu
                                       Debtor