THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

Case Number: CGC17556769
Title: BRYANT FU ET AL VS. TINA YAN ET AL
Cause of Action: OTHER NON EXEMPT COMPLAINTS (VERIFIED COMPLAINT FOR FRAUDULENT TRANSFERS AND CONSPIRACY TO DEFRAUD)
Generated: 2024-03-22 10:02 am

Register of Actions     Parties     Attorneys     Calendar     Payments     Documents

**Please Note: The "View" document links on this web page are valid until 10:12:13 am**
**After that, please refresh your web browser. (by pressing Command +R for Mac, pressing F5 for Windows or clicking the refresh button on your web browser)**

## Register of Actions

Show 10 entries     Search:

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2023-12-27 | ORDER & STIPULATION TO RETURN ALL TRIAL EXHIBITS & DEPOSITIONS TO RESPECTIVE COUNSEL FOR SAFE-KEEPING | View | |
| 2023-12-27 | COURT TRIAL SET FOR DEC-27-2023 HELD. SETTLEMENT DISCUSSIONS ONGOING WITH JUDGE FENG. CONTINUED TO APR-05-2024 AT 9:00 AM IN 305 BEFORE JUDGE WISS FOR FURTHER PLAINTIFF'S CASE, DEFENDANT'S CASE AND CLOSING ARGUMENTS. JUDGE: MARY E. WISS, CLERK: R. GUMPAL, REPORTED BY: DENISA L. DUNBAR, CSR #12460, TEL. (209) 777-0276, E-MAIL: DENISA. DUNBAR@GMAIL.COM, (305). | | |
| 2023-12-27 | REMOVED FROM SETTLEMENT CONFERENCE CALENDAR SET FOR DEC-27-2023 - HELD AND PARTIALLY SETTLED. JUDGE: SAMUEL K. FENG, CLERK: A. MOK. NOT REPORTED. (503) | | |
| 2023-12-27 | MINUTES FOR DEC-27-2023 9:30 AM | View | |
| 2023-12-13 | ORDER RE RESUMPTION OF TRIAL | View | |
| 2023-12-12 | COURT TRIAL SET FOR DEC-12-2023 SCHEDULING CONFERENCE HELD. CONTINUED TO DEC-27-2023 AT 9:30 AM IN 305 FOR RESUMPTION OF COURT TRIAL PER WRITTEN ORDER. JUDGE: MARY E. WISS, CLERK: R. GUMPAL, NOT REPORTED, (305). | | |
| 2023-12-12 | MINUTES FOR DEC-12-2023 9:00 AM | View | |
| 2023-12-11 | ADDED TO CALENDAR FOR SCHEDULING CONFERENCE COURT TRIAL SET FOR DEC-12-2023 AT 09:00 AM IN DEPT 305 | | |
| 2023-12-04 | MANDATORY SETTLEMENT CONFERENCE SET FOR DEC-04-2023 CONTINUED TO DEC-27-2023 AT 10:00 AM IN 503 FOR FURTHER SETTLEMENT DISCUSSIONS. JUDGE: MARY E. WISS, CLERK: R. GUMPAL, NOT REPORTED, (305). | | |
| 2023-12-01 | SETTLEMENT CONFERENCE SET FOR DEC-04-2023 AT 9:30 AM IN DEPT. 503. JUDGE: MARY E. WISS, CLERK: R. GUMPAL, NOT REPORTED, (305). | | |

Showing 1 to 10 of 530 entries     Previous  1  2  3  4  5  …  53  Next