FILED
Superior Court of California
County of San Francisco

AUG 22 2024

CLERK OF THE COURT
BY: _____
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

BRYANT FU and CRYSTAL LEI,

    Plaintiffs,

v.

TINA YAN, individually and a personal representative of the estate of Cheuk Tin Yan, deceased; THAI MING CHIU; KAMAN LIU; and DOES 1 through 20, inclusive,

    Defendants.

Case No. CGC-17-556769

JUDGMENT

This matter came on for a court trial on November 6, 8, 9, 2023, December 27, 2023, April 24 and 25, 2024. After receiving closing briefs, the Court issued its Order After Bench Trial filed June 26, 2024. Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Judgment be entered in favor of Plaintiffs Bryant Fu and Crystal Lei on the First Cause of Action for violation of the Uniform Voidable Transactions Act, Civil Code sections 3439, *et seq.*

    a) The Grant Deed recorded December 17, 2007 transferring the Subject Property at 547 23rd Avenue to 547 23rd Avenue LLC and the Grant Deed recorded November 15, 2023 transferring the Subject property to 547 Investments LLC are void and set aside. The Subject Property located at 547 23rd Avenue San Francisco is declared to be the sole property of Demas

Yan aka Dennis Yan. The real property is described as:

> "Commencing at a point on the Westerly line of 23rd Avenue, distant thereon 275 feet Southerly from the Southerly line of Anza Street; running thence Southerly along said Westerly line of 23rd Avenue 25 feet; thence at a right angle Westerly 120 feet; thence at a right angle Northerly 25 feet; and thence at a right angle Easterly 120 feet to the Westerly line of 23rd Avenue and the point of commencement. Being a portion of Outside Land Block No. 306.
> Assessor's Lot 12, Block 1566."

b) Plaintiffs Bryant Fu and Crystal Lei's claim for damages for violation of the Uniform Voidable Transactions Act is denied.

2. Judgment is entered in favor of defendants Thai Ming Chiu and KaMan Lui on Plaintiffs Bryant Fu and Crystal Lei's claims for common law fraud and conspiracy and Plaintiffs Bryant Fu and Crystal Lei shall not recover damages for emotional distress or punitive damages.

3. Neither side is a prevailing party and no costs are awarded.

IT IS SO ORDERED.

Dated: August 22, 2024

_____
Mary E. Wiss
Judge of the Superior Court

# SUPERIOR COURT OF CALIFORNIA
## County of San Francisco

BRYANT FU et al

      Plaintiffs,

vs.

TINA YAN et al

      Defendants,

Case Number: CGC-17-556769

**CERTIFICATE OF MAILING**
(CCP 1013a (4))

    I, Rosallie Gumpal, a Deputy Clerk of the Superior Court of the County of San Francisco, certify that I am not a party to the within action.

    On August 22, 2024, I served the attached JUDGMENT by placing a copy thereof in a sealed envelope, addressed as follows:

Michael Johnson, Esq.
Francis Torrence, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
2186 North California Blvd. Suite 300
Walnut Creek, CA 94596

Leeds Disston, Esq.
CASALINA & DISSTON
300 Frank H. Ogawa Plaza, Suite 205
Oakland, CA 94612-2060

Dated: August 22, 2024

Brandon E. Riley, Court Executive Officer

By: /s/ Rosallie
Rosallie Gumpal, Deputy Clerk