```
EDDY HSU (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
(650) 240-0123 FAX
Attorneys for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

**Thai Ming Chiu**,
        Debtor(s).

Case No. 22-30405

Chapter 13

DECLARATION REGARDING FU LITIGATION

I, Thai Ming Chiu, debtor in the above case declare as follows under penalty of perjury:

1. On February 15, 2023, the Court issued ORDER REGARDING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 2-1 FILED BY CREDITOR TONY FU as docket item 91.
2. In compliance with aforementioned Order, there has been no changes in cases that involve me and Tony Fu.
    a. Case CGC-17-562176. Tony Fu dismissed this case on September 11, 2019. No changes have been made to status.
    b. Case CGC-16-553702. Case was dismissed by the Court. Tony Fu's Appeal denied and the dismissal of case was affirmed on November 2, 2023. No changes in status of the case related to Debtor.

Dated: 12/27/2024                    /s/ *Thai Ming Chiu*
                                               Thai Ming Chiu
                                               Debtor

DECLARATION