EDDY HSU (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
(650) 240-0123 FAX
Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

**Thai Ming Chiu**,

             Debtor(s).

Case No. 22-30405

Chapter 13

**DECLARATION REGARDING BRYANT FU AND CRYSTAL LEI LITIGATION**

I, Thai Ming Chiu, debtor in the above case declare as follows under penalty of perjury:

1. On April 18, 2023, the Court issued ORDER APPROVING STIPULATION BY AND BETWEEN DEBTOR/DEFENDANT THAI MING CHIU AND CREDITORS/PLAINTIFFS BRYANT FU AND CRYSTAL LEI TO TERMINATE THE AUTOMATIC STAY AND FOR OTHER RELIEF as docket item 107.
2. In compliance with the aforementioned Order; under Case CGC-17-556769. The Court found that the transfers of real property (547 23rd Avenue) made in 2007 and again in 2023 were void and set aside. No monetary damages were award to Plaintiffs. Plaintiff's claim for conspiracy or emotional damages were denied. In short, I believe I owe them no money.

Dated: 4/7/2025

                                                   /s/ *Thai Ming Chiu*
                                                   Thai Ming Chiu
                                                   Debtor

DECLARATION