EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, STE 350
SAN MATEO, CA 94403
(650) 577-5950
Attorney for Debtor Thai Ming Chiu

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

**Thai Ming Chiu**,

        Debtor(s).

Case No. 22-30405 HLB

Chapter 13

NOTICE AND OPPORTUNITY FOR HEARING ON OBJECTION TO CLAIM #1; CERTIFICATE OF SERVICE

## NOTICE AND OPPORTUNITY FOR HEARING ON OBJECTION TO CLAIM #1

**TO: Bryant Fu and Crystal Lei**

    **Please take notice** that Debtor is filing an Objection to Claim #1 in connection with debt owed to **Bryant Fu and Crystal Lei** listed in the above captioned Chapter 13 case.

    Applicant seeks to set the claim $0.00. A full copy of all pages submitted in support of the objection may be obtained by contacting the Debtor's Attorney using the contact information in the caption at the top left corner of the first page.

    **Please take further notice** that this Objection is brought pursuant to Rule 3007-1(c) and related Rule 9014-1(b)(3) which states:

    "**Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;**

    **Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;**

    **If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.**

    **In the event of a timely objection or request for hearing, (either):**

**The initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case; or**

**The tentative hearing date, location and time are [none selected]."**

**If the deadlines above are not met,** Counsel EDDY HSU, ESQ. will move for an order

A. Setting **Bryant Fu and Crystal Lei**'s Claim #1 to $0.00.
B. For attorney fees and costs of suit incurred herein, if appropriate;
C. And for such relief as this Court deems appropriate.

PLEASE TAKE NOTICE THAT FAILURE TO FOLLOW THE SET DEADLINES, THE COURT MAY GRANT DEBTOR'S PRAYER AND SET CLAIM #1 TO $0.00.

Date: December 5, 2025  /s/Eddy Hsu_____
Eddy Hsu
Attorney for Thai Ming Chiu

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of San Mateo. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 S Norfolk St, Ste 350, San Mateo, CA 94403.

On today's date, I served the following documents:

1. OBJECTION TO CLAIM #1; MEMORANDUM OF POINTS AND AUTHORITIES
2. EXHIBIT A-B
3. DECLARATION IN SUPPORT
4. NOTICE AND OPPORTUNITY FOR HEARING ON OBJECTION TO CLAIM #1; CERTIFICATE OF SERVICE

by placing a true copy thereof with postage paid for FIRST CLASS mail to:

**Bryant Fu and Crystal Lei**
**337 28th Ave**
**San Francisco, CA 94121**

If the US Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document. **ECF participants notified electronically.**

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 5, 2025 at San Mateo, California.

___/s/ Eddy Hsu_____
Eddy Hsu

NOTICE AND OPPORTUNITY TO OBJECT;CERTIFICATE OF SERVICE

Case: 22-30405    Doc# 170    Filed: 12/05/25    Entered: 12/05/25 09:37:57    Page 2 of 2