DAVID BURCHARD  
CHAPTER 13 TRUSTEE  
P.O. BOX 8059  
FOSTER CITY, CA 94404  
(650) 345-7801  FAX (650) 345-1514  
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | | |
|---|---|---|
| THAI MING CHIU<br>768 38TH AVE<br>SAN FRANCISCO, CA 94121    Debtor(s) | | Chapter 13<br>Case No.: 22-30405 HLB<br><br>WITHDRAWAL OF<br>TRUSTEE'S MOTION TO DISMISS |

David Burchard, Chapter 13 Trustee in the above-referenced case, hereby requests that the Trustee's Motion, filed on November 17, 2025, be withdrawn.

DATED:    December 5, 2025                   _____DAVID BURCHARD_____
                                              DAVID BURCHARD
                                              Chapter 13 Trustee
                                              United States Bankruptcy Court
                                              Northern District of California
                                              San Francisco/Santa Rosa Divisions

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1111 Triton Drive, Suite #100, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Withdrawal of Trustee's Motion to Dismiss** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

>THAI MING CHIU
>768 38TH AVE
>SAN FRANCISCO, CA 94121

The following recipients have been served via Court's Notice of Electronic Filing:

>EDDY HSU
>eddyhsu@ehlawgroup.com

Dated:   December 5, 2025                             LIZ WHIGHAM_____
                                                                              LIZ WHIGHAM