# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: THAI MING CHIU                                         Case No.: 22-30405 HLB

Debtor(s)

**DAVID BURCHARD CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT OF RETIRING TRUSTEE**

DAVID BURCHARD, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1) prior to his retirement. The trustee declares as follows:

1) The case was filed on 08/10/2022.
2) The plan was confirmed on 07/20/2023.
3) The plan may or may not have been modified by order after confirmation pursuant to 11 U.S.C Section 1329.
4) The trustee may or may not have filed action to remedy default by the debtor in performance under the plan.
5) The case remains active and open.
6) Number of months from filing or conversion to latest payment: 40.
7) Number of months case has been pending: 41.
8) Total value of assets abandoned by court order: NA
9) Total value of assets exempted: NA
10) Amount of unsecured claims discharged without full payment: NONE TO DATE
11) All checks distributed by the trustee relating to this case MAY HAVE or MAY NOT HAVE cleared the bank.
12) Balance on hand as of the date of this report: .00

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $361,940.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$361,940.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $3,725.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $36,194.00 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$39,919.00** |
| Attorney fees paid and disclosed by debtor: | $2,875.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| AMEX | Unsecured | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | NA | NA | NA | .00 | .00 |
| BRYANT FU AND CRYSTAL LEI | Unsecured | NA | .00 | .00 | .00 | .00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | .00 | .00 |
| CHARLES LI | Secured | 4,250.00 | NA | NA | .00 | .00 |
| CHARLES LI | Unsecured | NA | 1,000,000.00 | 10,000.00 | .00 | .00 |
| CITIBANK | Unsecured | 226.00 | NA | NA | .00 | .00 |
| CRYSTAL LEI | Unsecured | NA | NA | NA | .00 | .00 |
| DUY THAI ATTORNEY TRUST ACCOUNT | Secured | 479,604.76 | 479,604.76 | 479,604.76 | 229,724.08 | 92,296.92 |
| LVNV FUNDING LLC | Unsecured | 471.00 | 283.12 | 283.12 | .00 | .00 |
| TONY FU | Unsecured | NA | 2,000,000.00 | .00 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: THAI MING CHIU      Case No.: 22-30405 HLB

Debtor(s)

## DAVID BURCHARD CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT OF RETIRING TRUSTEE

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 479,604.76 | 229,724.08 | 92,296.92 |
| **TOTAL SECURED:** | 479,604.76 | 229,724.08 | 92,296.92 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 10,283.12 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $39,919.00 |
| Disbursements to Creditors: | $322,021.00 |
| **TOTAL DISBURSEMENTS:** | $361,940.00 |

13) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests an order be entered that approves this final report and account of retiring trustee and discharges the trustee and grants such other relief as may be just and proper.

Date: 01/02/2026     By: /s/DAVID BURCHARD
Trustee