```
EDDY HSU (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
(650) 240-0123 FAX
Attorneys for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

**Thai Ming Chiu**,
        Debtor(s).

Case No. 22-30405

Chapter 13

**DECLARATION REGARDING LI LITIGATION**

I, Thai Ming Chiu, debtor in the above case declare as follows under penalty of perjury:

1. On February 15, 2023, the Court issued ORDER REGARDING (1) DEBTOR'S OBJECTION TO PROOF OF CLAIM 5-1 FILED BY CREDITOR CHARLES LI; AND (2) STIPULATION BETWEEN DEBTOR AND CHARLES LI TO RELIEF FROM STAY as docket item 93.

2. In compliance with the aforementioned Order, I enclose an update on any relevant State Court cases that involve Debtor and Charles Li.
   a. Case CGC-14-537574. No changes have been made to status regarding Debtor. Although Creditor has made several motions against third parties, none pertain to Debtor nor the bankruptcy estate. The Debtor's bankruptcy plan has been approved and distributions on Charles Li's claim 4 began in August 2023.
   b. Case CGC-20-585017. The case involves Debtor's spouse and Creditor Charles Li. The creditor filed a cross complaint naming Debtor as a party. The case progresses through the law and motion calendar with parties filing separate

DECLARATION

Case: 22-30405    Doc# 178    Filed: 03/06/26    Entered: 03/06/26 12:58:45    Page 1 of 2

motions to dismiss, quash, etc. None of the motions directly involve the debtor but mostly with third parties related to the case.

Dated: 3/4/2026 /s/ *Thai Ming Chiu*
Thai Ming Chiu
Debtor

DECLARATION